UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 25  A 11: 16

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| TARAMATTIE DOUCETTE,<br>ROBERT DOUCETTE, INDIVIDUALLY<br>AND AS NEXT FRIEND OF CHRISTROPHER<br>DOUCETTE, SEAN DOUCETTE AND<br>PATRICK DOUCETTE,<br>            PLAINTIFFS<br>V.<br><br>PANERA, INC.<br>            DEFENDANT | CIVIL ACTION NO. 04-10960-PBS |

## APPEARANCE

Kindly enter my appearance on behalf of the defendant, Panera, Inc.. in the above-entitled matter.

Respectfully submitted,
PANERA, INC.
By its Attorney.

Christopher J. Sullivan, BBO# 545137
DAVIS, WHITE & SULLIVAN, LLC
One Longfellow Place, Suite 3609
Boston, MA  02114
(617) 720-4060

## CERTIFICATE OF SERVICE

    I, Christopher Sullivan, counsel for the defendant Panera, Inc., do hereby certify on June 23, 2004 I served the within documents on all parties of interest, by mailing copy of same, postage prepaid to:

Deborah A. Boggs, Esq.
Margaret G. Barmack, Esq.
Barmack & Boggs
41 Ocean Street
Lynn, MA 01902

                              Christopher J. Sullivan, BBO# 545137