UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 25  A 11: 76

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| TARAMATTIE DOUCETTE, ROBERT DOUCETTE, INDIVIDUALLY AND AS NEXT FRIEND OF CHRISTROPHER DOUCETTE, SEAN DOUCETTE AND PATRICK DOUCETTE, <br>                PLAINTIFFS <br> V. <br> PANERA, INC. <br>                DEFENDANT | CIVIL ACTION NO. 04-10960-PBS |

## ANSWER OF THE DEFENDANT, PANERA, INC. PLAINTIFFS' TO AMENDED COMPLAINT

Now comes the defendant, Panera, Inc. and in responding to the plaintiff's Complaint admits, denies and alleges as follows:

1. The defendant denies the allegations contained in Paragraph 1.

### JURISDICTION

2. The defendant denies the allegations contained in Paragraph 2.

### PARTIES

3. The defendant denies the allegations contained in Paragraph 3.

4. The defendant denies the allegations contained in Paragraph 4.

5. The defendant denies the allegations contained in Paragraph 5.

6. The defendant denies the allegations contained in Paragraph 6.

### CLAIMS

7. The defendant denies the allegations contained in Paragraph 7.

8. The defendant denies the allegations contained in Paragraph 8.

9. The defendant denies the allegations contained in Paragraph 9.

10. The defendant denies the allegations contained in Paragraph 10.

11. The defendant denies the allegations contained in Paragraph 11.

12. The defendant denies the allegations contained in Paragraph 12.

13. The defendant denies the allegations contained in Paragraph 13.

14. The defendant denies the allegations contained in Paragraph 14.

15. The defendant denies the allegations contained in Paragraph 15.

16. The defendant denies the allegations contained in Paragraph 16.

17. The defendant denies the allegations contained in Paragraph 17.

18. The defendant denies the allegations contained in Paragraph 18.

19. The defendant denies the allegations contained in Paragraph 19.

20. The defendant denies the allegations contained in Paragraph 20.

21. The defendant denies the allegations contained in Paragraph 21.

22. The defendant denies the allegations contained in Paragraph 22.

## COUNT I – TARAMATTIE DOUCETTE'S DAMAGES FROM BODILY INJURY DUE TO DEFENDANT'S NEGLIGENCE

23. The defendant denies the allegations contained in Paragraph 23.

24. The defendant denies the allegations contained in Paragraph 24.

## COUNT II – ROBERT DOUCETTE'S DAMAGES FOR LOSS OF CONSORTUM

25. The defendant denies the allegations contained in Paragraph 25.

26. The defendant denies the allegations contained in Paragraph 26.

## COUNT III - CHRISTOPER DOUCETTE'S DAMAGES FOR LOSS OF CONSORTUM

27. The defendant denies the allegations contained in Paragraph 27.

28. The defendant denies the allegations contained in Paragraph 28.

### COUNT IV- SEAN DOUCETTE'S DAMAGES
### FOR LOSS OF CONSORTUM

29. The defendant denies the allegations contained in Paragraph 29.

30. The defendant denies the allegations contained in Paragraph 30.

### COUNT V- PATRICK DOUCETTE'S DAMAGES
### FOR LOSS OF CONSORTUM

31. The defendant denies the allegations contained in Paragraph 31.

32. The defendant denies the allegations contained in Paragraph 32.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The defendant says that the injuries alleged were caused in whole or in part by the plaintiffs' own negligence.

### SECOND AFFIRMATIVE DEFENSE

The defendant says that this action was not commenced within the time required by the laws made and provided thereof.

### THIRD AFFIRMATIVE DEFENSE

If the plaintiffs were injured and damaged as alleged then such injury was not caused by the defendant or by any person for whose conduct the defendant is legally responsible.

### FOURTH AFFIRMATIVE DEFENSE

The defendant says that there is insufficiency of service of process and, therefore, this action should be dismissed as a matter of law.

### FIFTH AFFIRMATIVE DEFENSE

The plaintiffs' Complaint should be dismissed pursuant to Rule 12(b) (7), F.R.C.P. because the plaintiff has failed to name and join an indispensable party pursuant to Rule 19, F.R.C.P.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiffs, Taramattie Doucette, Robert Doucette, individually and as next Friend of Christopher Doucette, Sean Doucette and Patrick Doucette, have failed to state a claim upon which relief can be granted. Rule.12 (b) (6, F.R.C.P.

### SEVENTH AFFIRMATIVE DEFENSE

The Plaintiffs' Complaint should be dismissed on the basis of misnomer of party.

## EIGHTH AFFIRMATIVE DEFENSE

The plaintiffs have failed to mitigate their damages and therefore are not entitled to recovery from the defendants.

## NINTH AFFIRMATIVE DEFENSE

The defendants state that if the plaintiffs suffered any injury or damage, which the defendant specifically denies, such damage was caused by the intervening and superseding acts or omissions of parties other than the defendant, which said defendant could not have reasonably foreseen.

## THE DEFENDANT, PANERA, INC. HEREBY DEMANDS A TRIAL BY A JURY ON ALL ISSUES

Respectfully submitted,
PANERA, INC.
By its Attorney.

_____
Christopher J. Sullivan, BBO# 545137
DAVIS, WHITE & SULLIVAN, LLC
One Longfellow Place, Suite 3609
Boston, MA 02114
(617) 720-4060

CERTIFICATE OF SERVICE

    I, Christopher Sullivan, counsel for the defendant Panera, Inc., do hereby certify on June 23, 2004 I served the within documents on all parties of interest, by mailing copy of same, postage prepaid to:

Deborah A. Boggs, Esq.
Margaret G. Barmack, Esq.
Barmack & Boggs
41 Ocean Street
Lynn, MA 01902

Christopher J. Sullivan, BBO# 545137