UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TARAMATTIE DOUCETTE,
ROBERT DOUCETTE, INDIVIDUALLY
AND AS NEXT FRIEND OF CHRISTOPHER
DOUCETTE, SEAN DOUCETTE,
AND PATRICK DOUCETTE,
        PLAINTIFFS

VS.                         CIVIL ACTION NO. 04-10960-PBS

PANERA, INC,
        DEFENDANT

## JOINT STATEMENT

1. **Conference by Counsel.**

    Pursuant to Fed.R.Civ.P. 26(f) and to the Court's Notice of Scheduling Conference, a meeting was held on August 4, 2004 and was attended by:

    Margaret G. Barmack for the plaintiffs and

    Christopher Sullivan for the defendant.

2. **Proposed Agenda for Scheduling Conference:**

    1. Settlement demand and response, to date.

    2. Possibility of alternative dispute resolution.

    3. Question of consent to trial by magistrate judge.

    4. Discovery plan.

    2. **Pre-discovery Disclosures.** The parties will exchange by October 1, 2004 the information required by Fed.R.Civ.P. 26(a)(1).

    3. **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

        In the first phase of discovery, to develop information needed for a realistic

assessment of the case, discovery will be needed on at least the following subjects: the circumstances under which the plaintiff Taramattie Doucette was injured; the precautions, if any, which the defendant took to attempt to avoid such injuries to its restaurant patrons; the nature and extent of Mrs. Doucette's injuries and losses; the nature and extent of the remaining plaintiff's consortium losses.

In the second phase of discovery, in preparation for trial, discovery will be needed on at least the following subjects: the industry standards, regulatory requirements, and related standards relevant to the avoidance of such injuries to restaurant patrons; expert opinions regarding the defendant's negligence.

The first phase of discovery will be commenced in time to be completed by December 31, 2004.

Maximum of 25 interrogatories by each party to any other party.

Maximum of 25 requests for admissions by each party to any other party.

Maximum of two separate sets of requests for production by each party to any other party.

Maximum of 5 depositions by plaintiffs and 10 by defendant.

Each deposition limited to maximum of 3 hours, except depositions of adult parties, which will be limited to 8 hours, unless extended by agreement of parties.

The second phase of discovery shall be completed by June 30, 2005.

Reports of retained experts under Rule 26(a)(2) due:
From plaintiffs by February 28, 2005.
From defendant by April 30, 2005.

Depositions of experts shall be completed by June 30, 2005.

Supplementations under Rule 26(e) due as soon as known to party, and no later than 60 days prior to trial.

4. **Other Items**

The parties consent to this matter being tried by a magistrate judge.

All potentially dispositive motions should be filed by September 30, 2004.

2

The parties request a pretrial conference in July, 2005.

## 5. Certification Regarding Alternative Dispute Resolution:

Plaintiffs and counsel have conferred as to the potential costs of first phase and second phase discovery, of preparation for trial, and of the trial of this matter; and further, they have conferred about the possibility of alternative dispute resolution.

On behalf of the plaintiffs: _____

Plaintiffs' counsel: _/s/ A. J. Bozman_____

Defendant and counsel have conferred as to the potential costs of first phase and second phase discovery, of preparation for trial, and of the trial of this matter; and further, they have conferred abou the possibility of alternative dispute resolution.

On behalf of the defendant: _____

Defendant's counsel: _Christopher Sullivan_ /mas/

3