UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TARAMATTIE DOUCETTE,
ROBERT DOUCETTE, INDIVIDUALLY
AND AS NEXT FRIEND OF CHRISTOPHER
DOUCETTE, SEAN DOUCETTE,
AND PATRICK DOUCETTE,
    PLAINTIFFS

VS.                                    CIVIL ACTION NO. 04-10960-PBS

PANERA, INC,
    DEFENDANT

### PLAINTIFFS' MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND FOR AN AWARD OF ATTORNEYS FEES, PURSUANT TO FED.R.CIV.P. 37

Now come the plaintiffs and move this Honorable Court, pursuant to Fed.R.Civ.P. 37 and Local Rule 37.1, to order the defendant to answer the plaintiffs' interrogatories, which were served on the defendant on or about August 19, 2004, within ten days of the Court's consideration of this motion, and further, to order the defendant to pay attorneys fees required to obtain this order. In support, the plaintiffs attach their memorandum and affidavit of counsel.

Respectfully submitted,

For the plaintiffs

*[signature]*

Margaret G. Barmack
BBO No. 029660
Barmack & Boggs
41 Ocean Street
Lynn, MA 01902
Tel. 781-596-2540

Certificate of Service

I, Margaret G. Barmack, hereby certify that the within motion, together with supporting memorandum and affidavit of counsel, were served on the defendant by mailing postage paid on even date to Atty. Christopher Sullivan, at Davis, White & Sullivan, One Longfellow Place, Suite 3609, Boston, MA 02114.

Date: 10/29/04

Margaret G. Barmack

Certificate of Compliance with Local Rule 37.1

I, Margaret G. Barmack, hereby certify that I have complied with the requirements of Local Rule 37.1 by making a good faith attempt to confer with defense counsel, including sending a written request for a Rule 37.1 conference, to which I received no response within seven days, prior to filing the within motion to compel answers to interrogatories.

Date: 10/29/04
Signed under the pains and penalties of perjury.

Margaret G. Barmack