UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TARAMATTIE DOUCETTE,<br>ROBERT DOUCETTE, INDIVIDUALLY<br>AND AS NEXT FRIEND OF CHRISTROPHER<br>DOUCETTE, SEAN DOUCETTE AND<br>PATRICK DOUCETTE,<br>          PLAINTIFFS<br>V.<br><br>PANERA, INC.,<br>          DEFENDANT | CIVIL ACTION NO. 04-10960-PBS |

## DEFENDANT PANERA INC.'S MOTION TO COMPEL WRITTEN DISCOVERY

Defendant Panera, Inc. moves pursuant to Fed R. Civ. P. 37 and Local Rule 37.1 to compel Plaintiff Taramattie Doucette to answer interrogatories and respond to requests for production of documents, both of which Defendant Panera, Inc. served on Plaintiff on July 7, 2004. In support of this motion, Defendant Panera, Inc. relies upon its Memorandum, which is submitted herewith.

Respectfully submitted,
PANERA, INC.
By its Attorney,

_____
Christopher J. Sullivan, BBO# 545137
Kevin J. Fleming, BBO# 637419
DAVIS, WHITE & SULLIVAN, LLC
One Longfellow Place, Suite 3609
Boston, MA 02114
(617) 720-4060

### Certificate of Compliance with Local Rule 37.1

I, Christopher J. Sullivan, hereby certify that I have complied with the requirements of Local Rule 37.1.

_____
Christopher J. Sullivan, BBO# 545137