UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TARAMATTIE DOUCETTE, ROBERT DOUCETTE, INDIVIDUALLY AND AS NEXT FRIEND OF CHRISTROPHER DOUCETTE, SEAN DOUCETTE AND PATRICK DOUCETTE,<br>　　　　　PLAINTIFFS<br><br>V.<br><br>PANERA, INC.,<br>　　　　　DEFENDANT | CIVIL ACTION NO. 04-10960-PBS |

## DEFENDANT PANERA INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL WRITTEN DISCOVERY

In support of its Motion to Compel Written Discovery, Defendant Panera, Inc. states as follows:

1. On or about July 7, 2004, Defendant Panera, Inc. served Interrogatories and Requests for Production of Documents on Plaintiff Taramattie Doucette. Copies of these discovery requests are attached hereto as Exhibit A and Exhibit B.

2. By letter dated September 9, 2004, Defendant Panera, Inc. requested Taramattie Doucette's answers to interrogatories. A copy of this letter is attached hereto as Exhibit C.

3. By letter dated September 17, 2004, counsel for Plaintiff Taramattie Doucette responded to the letter of September 9, 2004 and stated that Panera Inc.'s, discovery requests were premature because Panera had not forwarded its initial disclosures pursuant to Fed. R. Civ. P. 26. A copy of this letter is attached hereto as Exhibit D.

4. On or about October 6, 2004, Defendant Panera, Inc. served its initial disclosures pursuant to Fed. R. Civ. P. 26. A copy of the letter enclosing Panera, Inc.'s initial disclosures is attached hereto as Exhibit E.

5. By letter dated October 8, 2004, Defendant Panera, Inc. requested Taramattie Doucette's answers to interrogatories and responses to requests for production of documents. A copy of this letter is attached hereto as Exhibit F.

6. By letter dated October 13, 2004, counsel for Plaintiff Taramattie Doucette responded to the letter of October 8, 2004 and stated that Taramattie Doucette's Answers to Interrogatories were not due until November 12, 2004. A copy of this letter is attached hereto as Exhibit G.

7. As of November 16, 2004, Defendant Panera, Inc. has not received answers to interrogatories or responses to requests for production of documents from Plaintiff Taramattie Doucette.

8. No discovery conference was ever held because counsel for Plaintiff Taramattie Doucette conceded by letter of October 13, 2004 that the discovery responses were due on November 12, 2004. See Exhibit G.

Respectfully submitted,
PANERA, INC.
By its Attorney,

Christopher J. Sullivan, BBO# 545137
Kevin J. Fleming, BBO# 637419
DAVIS, WHITE & SULLIVAN, LLC
One Longfellow Place, Suite 3609
Boston, MA  02114
(617) 720-4060

2