UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TARAMATTIE DOUCETTE, ROBERT DOUCETTE, INDIVIDUALLY AND AS NEXT FRIEND OF CHRISTOPHER DOUCETTE, SEAN DOUCETTE AND PATRICK DOUCETTE,<br>        PLAINTIFFS<br><br>V.<br><br>PANERA, INC.,<br>        DEFENDANT | CIVIL ACTION NO. 04-10960-PBS |

## DEFENDANT PANERA INC.'S MOTION FOR SANCTIONS

Defendant Panera, Inc. moves pursuant to Fed R. Civ. P. 37 and Local Rule 37.1 for the award of sanctions in the amount of $230 in attorney's fees incurred in drafting Panera, Inc.'s Motion to Compel Written Discovery ("the Motion to Compel"), which was filed with this Court on November 16, 2004, on the grounds that counsel for the Plaintiff has failed to serve Answers to Interrogatories despite conceding by letter dated October 13, 2004 that the Plaintiff's Answers to Interrogatories were due at a minimum on November 12, 2004. In fact, the Plaintiff was served with Interrogatories and a Request for Production of Documents on July 7, 2004. Repeated written requests for the answers to Interrogatories have been ignored. A deposition of the Plaintiff on November 19, 2004 was suspended because of the failure of the Plaintiff to provide answers to Interrogatories. Defendant now moves for the award of attorney's fees expended in drafting the Motion to Compel. In support of this motion, Defendant Panera, Inc. relies upon its Memorandum in Support of its Motion to Compel Written Discovery, which was previously filed with this Court and the Affidavit of Christopher J. Sullivan, which is submitted herewith.

Respectfully submitted,
PANERA, INC.
By its Attorney,

Christopher J. Sullivan, BBO# 545137
DAVIS, WHITE & SULLIVAN, LLC
One Longfellow Place, Suite 3609
Boston, MA 02114
(617) 720-4060

## Certificate of Compliance with Local Rule 37.1

I, Christopher J. Sullivan, hereby certify that I have complied with the requirements of Local Rule 37.1.

_____
Christopher J. Sullivan, BBO# 545137