UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TARAMATTIE DOUCETTE, ROBERT DOUCETTE, INDIVIDUALLY AND AS NEXT FRIEND OF CHRISTROPHER DOUCETTE, SEAN DOUCETTE AND PATRICK DOUCETTE,<br><br>            PLAINTIFFS<br>V.<br><br>PANERA, INC.<br>            DEFENDANT | CIVIL ACTION NO. 04-10960-PBS |

## AFFIDAVIT OF CHRISTOPHER J. SULLIVAN

1. I am a partner at the law firm of Davis, White & Sullivan, LLC and my usually hourly rate is $115.00.

2. I represent Panera, Inc. in this action.

3. On November 16, 2004 I filed a Motion to Compel Written Discovery and a supporting memorandum with exhibits, which took two hours to draft, incurring $230.00 in legal fees to my client Panera, Inc.

Signed under the pains and penalties of perjury this 2nd day of December, 2004.

_____
Christopher J. Sullivan, BBO# 545137