UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TARAMATTIE DOUCETTE, <br> ROBERT DOUCETTE, INDIVIDUALLY <br> AND AS NEXT FRIEND OF CHRISTOPHER <br> DOUCETTE, SEAN DOUCETTE AND <br> PATRICK DOUCETTE, <br> PLAINTIFFS <br><br> V. <br><br> PANERA, INC. <br> DEFENDANT | CIVIL ACTION NO. 04-10960-PBS |

### CERTIFICATE OF SERVICE

I, Christopher J. Sullivan, counsel for the Defendant, Panera, Inc., do hereby certify that I served the following:

1. Defendant Panera Inc.'s Motion for Sanctions;

2. Certificate of Compliance with Local Rule 37.1; and

3. Affidavit of Christopher J. Sullivan,

by first class mail, postage prepaid, to the following:

Deborah A. Boggs, Esq.
Margaret G. Barmack, Esq.
Barmack & Boggs
41 Ocean Street
Lynn, MA 01902

For the Defendant,
By its attorney,

Christopher J. Sullivan – BBO # 548137
Davis, White & Sullivan, LLC
One Longfellow Place, Suite 3609
Boston, MA 02114
(617) 720-4060

Dated: 12/2/04