UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TARAMATTIE DOUCETTE,
ROBERT DOUCETTE, INDIVIDUALLY
AND AS NEXT FRIEND OF CHRISTOPHER
DOUCETTE, SEAN DOUCETTE,
AND PATRICK DOUCETTE,
      PLAINTIFFS

VS.                              CIVIL ACTION NO. 04-10960-PBS

PANERA, INC,
      DEFENDANT

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND RESPONSE TO REQUEST FOR PRODUCTION

Now comes plaintiff Taramattie Doucette, and opposes the defendant's motion to compel, pursuant to Fed.R.Civ.P. 37 and Local Rule 37.1, and states in opposition:

1. The defendant has not in fact complied with the requirements of Local Rule 37.1, in that the defendant by its own admission did not request a discovery conference, as required by Rule 37.1(A);

2. The plaintiff served her Response to Defendant's Request for Production by delivery in hand on November 19, 2004;

3. The plaintiff served her Answers to Defendant's Interrogatories by mailing postpaid on December 2, 2004.

For the foregoing reasons, the plaintiff opposes the defendant's motion to compel.

Respectfully submitted,

For the plaintiffs,

Signed under the pains and penalties of perjury, this 2nd day of December, 2004.

*Margaret G. Barmack*
Margaret G. Barmack
BBO No. 029660
Barmack & Boggs
41 Ocean Street
Lynn, MA 01902
Tel. 781-596-2540

### Certificate of Service

I, Margaret G. Barmack, hereby certify that the within opposition was served on the defendant by mailing postage paid on even date to Atty. Christopher Sullivan, at Davis, White & Sullivan, One Longfellow Place, Suite 3609, Boston, MA 02114.

Date: 12/2/04    *Margaret G. Barmack*

Signed under the pains and penalties of perjury by    Margaret G. Barmack

2