UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TARAMATTIE DOUCETTE, <br> ROBERT DOUCETTE, INDIVIDUALLY <br> AND AS NEXT FRIEND OF CHRISTROPHER <br> DOUCETTE, SEAN DOUCETTE AND <br> PATRICK DOUCETTE, <br>           PLAINTIFFS <br> V. <br><br> PANERA, INC., <br>           DEFENDANT | ) <br> ) <br> ) <br> ) <br> )    CIVIL ACTION NO. 04-10960-PBS <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT PANERA INC.'S WITHDRAWAL OF MOTIONS TO COMPEL WRITTEN DISCOVERY AND FOR SANCTIONS

Defendant Panera, Inc. hereby withdraws both its Motion to Compel Written Discovery and its Motion for Sanctions.

Respectfully submitted,
PANERA, INC.
By its attorneys,

Christopher J. Sullivan, BBO# 545137
Kevin J. Fleming, BBO# 637419
DAVIS, WHITE & SULLIVAN, LLC
One Longfellow Place, Suite 3609
Boston, MA 02114
(617) 720-4060

Dated: 12/10/04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TARAMATTIE DOUCETTE, )<br>ROBERT DOUCETTE, INDIVIDUALLY )<br>AND AS NEXT FRIEND OF CHRISTOPHER )<br>DOUCETTE, SEAN DOUCETTE AND )<br>PATRICK DOUCETTE, )<br>            PLAINTIFFS )<br>V. )<br>                                           )<br>PANERA, INC. )<br>            DEFENDANT ) | CIVIL ACTION NO. 04-10960-PBS |

### CERTIFICATE OF SERVICE

I, Kevin J. Fleming, counsel for the Defendant, Panera, Inc., do hereby certify that I served the following:

1. Defendant Panera, Inc.'s Withdrawal of Motions to Compel Written Discovery and for Sanctions.

by first class mail, postage prepaid, to the following:

Deborah A. Boggs, Esq.
Margaret G. Barmack, Esq.
Barmack & Boggs
41 Ocean Street
Lynn, MA 01902

For the Defendant,
By its attorneys,

Christopher J. Sullivan – BBO # 548137
Kevin J. Fleming – BBO # 637419
Davis, White & Sullivan, LLC
One Longfellow Place, Suite 3609
Boston, MA 02114
(617) 720-4060

Dated: 12/10/04