UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TARAMATTIE DOUCETTE,
ROBERT DOUCETTE, INDIVIDUALLY
AND AS NEXT FRIEND OF CHRISTOPHER
DOUCETTE, SEAN DOUCETTE,
AND PATRICK DOUCETTE,
        PLAINTIFFS

VS.                              CIVIL ACTION NO. 04-10960-PBS

PANERA, INC,
        DEFENDANT

## PLAINTIFFS' MOTION TO COMPEL FURTHER ANSWERS TO INTERROGATORIES

Now come the plaintiffs and move this Honorable Court, pursuant to Fed.R.Civ.P. 37 and Local Rule 37.1, to order the defendant to further answer, within ten days of the Court's consideration of this motion, the plaintiffs' interrogatories, which were served on the defendant on or about August 19, 2004, and were partially and inadequately answered on or about November 11, 2004 (defendant's answers are attached hereto as Exhibit 1).

The plaintiffs seek further answers to the following interrogatories:

"**Q.11.** Please describe each and every step in the process by which the Panera restaurant supplied its coffee station(s) with hot coffee on the day of the incident.

A.11. Please see attached Operating Procedures attached hereto as Exhibit "B."

Grounds for seeking further answer: Exhibit "B", "Step by Step 8: Coffee & Tea Brewing," is copyrighted "2004 Panera Bread" and was obviously not in effect on November 10, 2001, the date of the incident; further, the defendant has failed to describe the process of supplying the coffee station, or "Coffee Bar" with hot coffee on the day of the incident.

Q.12. Please describe in detail the container from which the hot coffee was spilled on Taramattie Doucette in the incident, including but not limited to the size and shape, volume capacity, type of handle, lid, name and address of manufacturer, name of product, and date of purchase by the Panera restaurant.

A.12. Please see attached Operating Procedures attached hereto as Exhibit "B."

Grounds for seeking further answer: As noted above, Exhibit "B" is copyrighted 2004; further, the defendant has failed to provide the requested information about the container from which hot coffee spilled on plaintiff Taramattie Doucette.

Q. 13 Please describe any and all precautions which the Panera restaurant took to prevent the spilling of hot coffee on its patrons during the process of supplying hot coffee to the coffee station(s) on the date of the incident.

A.13. Please see attached Operating Procedures attached hereto as Exhibit "B" and Asociate Training Guide attached hereto as Exhibit "C."

Grounds for seeking further answer: As noted above, Exhibit "B" is copyrighted 2004, and does not provide information about precautions that were in effect in November, 2001; Exhibit "C" does not refer to the process of supplying hot coffee to the coffee stations(s); and the defendant has failed to provide the information requested by the plaintiff.

In support, the plaintiffs attach their memorandum and affidavit of counsel.

Respectfully submitted,

For the plaintiffs

*/s/ Margaret G. Barmack*
Margaret G. Barmack
BBO No. 029660
Barmack & Boggs
41 Ocean Street
Lynn, MA 01902
Tel. 781-596-2540

### Certificate of Service

I, Margaret G. Barmack, hereby certify that the within motion, together with supporting memorandum, were served on the defendant by mailing postage paid on even date to Atty. Christopher Sullivan, at Davis, White & Sullivan, One Longfellow Place, Suite 3609, Boston, MA 02114.

Date: 11 January 2005

*/s/ Margaret G. Barmack*
Margaret G. Barmack

### Certificate of Compliance with Local Rule 37.1

I, Margaret G. Barmack, hereby certify that I have complied with the requirements of Local Rule 37.1 by making a good faith attempt to confer with defense counsel, including sending a written request for a Rule 37.1 conference, and engaging in a conference with defense counsel, prior to filing the within motion to compel answers to interrogatories.

Date: 11 January 2005
Signed under the pains and penalties
of perjury.

*/s/ Margaret G. Barmack*
Margaret G. Barmack

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TARAMATTIE DOUCETTE, ROBERT DOUCETTE, INDIVIDUALLY AND AS NEXT FRIEND OF CHRISTOPHER DOUCETTE, SEAN DOUCETTE AND PATRICK DOUCETTE,<br>　　　　　　PLAINTIFFS<br>V.<br><br>PANERA, INC.<br>　　　　　DEFENDANT | CIVIL ACTION NO. 04-10960-PBS |

Exhibit 1

## DEFENDANT PANERAL INC.'S ANSWERS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

1. Please identify the person answering these interrogatories, and state his or her relationship to the defendant

   Objection is made to this interrogatory and all subsequent interrogatories, pursuant to Rule 12(b)(8), M.R.C.P. on the basis of misnomer of party. Without waiving the above objection, the defendant states the following:

   ANSWER: 1. Jerry Bader; 6710 Clayton Road, Richmond Heights, MO 63117; I hold the position of Risk Manager.

2. Please state the basis for your assertion in your Answer, Third Affirmative Defense, that "If the plaintiffs were injured and damaged as alleged then such injury was not caused by the defendant or by any person for whose conduct the defendant is legally responsible.

   ANSWER NO. 2. Objection is made to this interrogatory on the grounds it calls for a legal conclusion. Interrogatories may not call for opinions, conclusions or contentions because the seeking of facts is the only proper object of discovery.

   Zinsky v. New York C.R. Co., 36 FRD 680 (1964, D.C. Ohio)

   Fischberg Porter Co. v. Sheffield Corp. FRD 534 (1962, D.C. Del)

Subject to the foregoing objection, the dropping of the coffee appears to have been an accident which was not an event anticipated by the Defendant nor one which was expected to take place on the day of the accident. The employee carrying the coffee urn simply had it slip from his control at the time of the accident.

3. Please state the basis for your assertion in your Answer, Fifth Affirmative Defense, that "the plaintiff has failed to name and join an indispensable party pursuant to Rule 19, F.R.C.P."

ANSWER NO. 3. . Objection is made to this interrogatory on the grounds it calls for a legal conclusion. Interrogatories may not call for opinions, conclusions or contentions because the seeking of facts is the only proper object of discovery.

Zinsky v. New York C.R. Co., 36 FRD 680 (1964, D.C. Ohio)

Fischberg Porter Co. v. Sheffield Corp. FRD 534 (1962, D.C. Del)

Subject to the foregoing objection, I would state the following: The defendant Panera, Inc. is misnamed as the correct corporate defendant.

4. Please state the basis for your assertion in your Answer, Seventh Affirmative Defense, that "The Plaintiffs' Complaint should be dismissed on the basis of misnomer of party."

ANSWER NO. 4. . Objection is made to this interrogatory on the grounds it calls for a legal conclusion. Interrogatories may not call for opinions, conclusions or contentions because the seeking of facts is the only proper object of discovery.

Zinsky v. New York C.R. Co., 36 FRD 680 (1964, D.C. Ohio)

Fischberg Porter Co. v. Sheffield Corp. FRD 534 (1962, D.C. Del)

Subject to the foregoing objection, I would state the following: The defendant Panera, Inc. is misnamed as the correct corporate defendant.

5. Please identify all persons who were working at the Panera restaurant on November 10, 2001 at the time of the incident, including but not limited to the person who spilled coffee on plaintiff Taramattie Doucette, and that person's supervisor(s).

ANSWER NO. 5.

| Name | Address |
|---|---|
| Dennis Tarr G.M. 666 | 24 Nancy Avenue, Peabody, MA 01960<br>DOH 10/27/02 |
| Brenda Wilson 666 | 13 Corbin Rd. Oxford, MA<br>DOH/Term: 10/19/01-12/30/01 |
| Brandon Sakurai 666 | 44 Norfolk Ave., Swampscott, MA 01907<br>DOH/Term: 9/1/01-5/11/02 |
| Dayonis Valquez 666 | 11 South Street, Lynn, MA 01905<br>DOH 7/5/00 |
| Delfino Pablo 666 | 15 Court Street, Lynn, MA 01902<br>DOH/Term 7/18/01-2/15/03 |
| Renato Viganeep 666 | 36 Nahant Place, Apt. #3<br>Lynn, MA 01902<br>DOH: 7/1/01 |
| Saida Perez 666 | 11 South Street, Lynn, MA 01905<br>DOH: 5/11/99 |
| Lucrecia Perez 666 | 498 Essex Street, Lynn, MA 01902<br>DOH/Term: 9/26/97 -4/16/03 |

6. For each person identified in your answer to interrogatory no.5, please state whether that person still works for you in any capacity, and state the capacity and location of the person's employment.

ANSWER NO. 6. Please see my answer to previous interrogatory.

7. For the person whom you have identified as having spilled the coffee on Taramattie Doucette in the incident, please state that person's age on the date of the incident, the date upon which that person was first employed at the Panera restaurant, whether that person

was a full or part-time employee at the time of the incident, and that person's job title and job description on the date of the incident.

ANSWER NO. 7. Brandon Sakurai, 17 years old, DOH (9/1/01) part-time associate.

8. Please identify all persons known to you who were witnesses to the incident.

ANSWER NO. 8. Please see the Customer Incident Report attached hereto as Exhibit "A" and my answers to Interrogatory #5.

9. Please identify all persons known to you who were witnesses to events at the Panera restaurant immediately after the incident, and until Taramattie Doucette was taken from the restaurant.

ANSWER NO. 9. . Please see the Customer Incident Report attached hereto as Exhibit "A" and my answers to Interrogatory #5.

10. Please identify all witnesses known to you who have provided a statement in any form to any of your employees, agents, insurance carriers, liability adjustors, or attorneys, including in your answer when the statement was made, how it was made, and to whom it was made.

ANSWER NO. 10. Objection is made to this interrogatory on the grounds that it requests information acquired and assembled in anticipation of litigation and the plaintiff has not made the required showing in accordance with Rule 26(b)(3), F.R.C.P. Objection is also made to this interrogatory on the grounds that it calls for the disclosure of information which is in violation of the attorney/client privilege. Finally, the information is beyond the scope of reasonable discovery as set forth in Rule 26(b)(4), F.R.C.P. Objection is further made to this interrogatory on the grounds that it calls for the disclosure of information which is in violation of the attorney work product doctrine. Finally, the information is beyond the scope of reasonable discovery as set forth in Rule 26(b)(5), F.R.C.P. in that verbal and written statements have been given to and from counsel for the

Defendant from the Defendant and its employees. Subject to the foregoing objection, please see Exhibit "A".

11. Please describe each and every step in the process by which the Panera restaurant supplied its coffee station(s) with hot coffee on the day of the incident.

ANSWER NO. 11. Please see attached Operating Procedures attached hereto as Exhibit "B".

12. Please describe in detail the container from which the hot coffee was spilled on Taramattie Doucette in the incident, including but not limited to the size and shape, volume capacity, type of handle, lid, name and address of manufacturer, name of product, and date of purchase by the Panera restaurant.

ANSWER NO. 12. Please see attached Operating Procedures attached hereto as Exhibit "B".

13. Please describe any and all precautions which the Panera restaurant took to prevent the spilling of hot coffee on its patrons during the process of supplying hot coffee to the coffee station(s) on the date of the incident.

ANSWER NO. 13. Please see attached Operating Procedures attached hereto as Exhibit "B" and Associate Training Guide attached hereto as Exhibit "C".

14. Please state whether you are aware of any incidents in upon which any of your patrons or customers were injured by spilling of hot coffee at any time, in any of your restaurants, prior to the date of the incident.

ANSWER NO. 14. I am unable to answer this question as the Defendant has hundreds of restaurants across the country. I am certain at one time or another a customer has spilled hot coffee and/or come into contact with hot coffee at our restaurants. I am unaware of any incident similar to the one involving the Plaintiff.

15. If your answer to interrogatory no. 14 is anything but "no" please state for each incident the date and place where the injury allegedly occurred, the identity of the person(s) who reported being injured by the coffee; any courts in which allegedly injured persons have filed suit against you; and the docket numbers for any claims which have been filed in any courts against you alleging such coffee burn injuries.

**ANSWER NO. 15.** I am unable to answer this question as the Defendant has hundreds of restaurants across the country. I am certain at one time or another a customer has spilled hot coffee and/or come into contact with hot coffee at our restaurants. I am unaware of any incident similar to the one involving the Plaintiff.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS ___ DAY OF ____ 2004.

PANERA, INC.

BY: _____

As to Objections:

_____
Christopher J. Sullivan, Esquire
BBO#548137

## CERTIFICATE OF SERVICE

    I, Christopher Sullivan, counsel for the defendant Panera, Inc., do hereby certify on November 11, 2004, I served the within documents on all parties of interest, by mailing copy of same, postage prepaid to:

Deborah A. Boggs, Esq.
Margaret G. Barmack, Esq.
Barmack & Boggs
41 Ocean Street
Lynn, MA 01902

                              Christopher J. Sullivan, BBO# 545137

"A"

# PANERA BREAD / SAINT LOUIS BREAD CO.
## CUSTOMER INCIDENT REPORT

PLEASE PRINT CLEARLY

**LOCATION**
Company/Store Number: 666
Store Phone: (781) 598-1188
Store Name: Panera Bread
Store Address: 433 Paradise Rd    City: Swampscott    State: MA    Zip Code: 01907
Specific Location of Incident: in between sandwich and bakery register

**TIME AND DATES**
Date of Incident: 11/10/01    Time of Incident: 11:25 ☒AM ☐PM
Date Incident Reported to You:    Time Incident Reported to You: 11:25 ☒AM ☐PM

**CUSTOMER**
Name: Taramattie Doucette    Date of Birth: 11/17/61    ☐Male ☒Female
Address: 34 Hardy Road    City: Swampscott    State: MA    Zip Code: 01907
Home Phone: ( ) 781-595-8829    Work Phone: ( )

**INCIDENT AND MEDICAL TREATMENT**
FIRST AID? ☐Yes ☐No    If yes, describe:
AMBULANCE? ☐Yes ☐No
IF TAKEN TO DOCTOR OR HOSPITAL: Name: Salem Hospital
Address:    City: Salem    State: MA    Zip Code:

**WITNESSES**
Name: Dayanis Volquez    Home Phone: ( )    Work Phone: (781) 598-1188
Address:    City:    State:    Zip Code:
Name:    Home Phone: ( )    Work Phone: ( )
Address:    City:    State:    Zip Code:

**PRODUCT INVOLVED**
Product: Coffee    Lot Number/Packing Date:
WAS FOREIGN OBJECT SHOWN TO YOU? ☐Yes ☐No ☐N/A
If yes, please attempt to politely secure foreign object.

**AUTHORITIES INVOLVED**
Name of Organization: Panera Bread    Case Number:

**DETAIL INCIDENT/DESCRIBE CAUSE OF INJURY:**
employee carrying over hot coffee pot, it slipped out employees hand, customer was walking bye and coffee pot spilt and splatted customers leg. (right)

**ASSOCIATES ON DUTY:**
Brenda Wilson, Brandon    Dayanis Volquez, Nicole
Delfino Pablo, Renato Y. Saida Perez

Print Name and Title: Lucrecia Perez Shift Supervisor    Signature: Lucrecia Perez
Date of Report: 11/10/01

Print Name: Lucrecia Perez    Signature:
Date of Report: 11/10/01

ATTN: Manager on Duty--
1. Fax report to Jerry Bader at (314) 816-7773
2. Fax report to Diane Ayers at ABP at (781) 894-0875
3. Keep original for your records.

633-7278

we Panera Bread called 911 instantly ambulance took her and treated her.

Form #610-672 (11/98)

# Coffee & Tea

Even though Panera ™ is the bread leader, we have some pretty good coffee too! We use only the finest Arabica beans, one of the reasons why some customers come in just to have a "cup of joe". Follow the guidelines below to ensure that our customers have the freshest, highest quality coffee and tea in your bakery-cafe.

"B"

## Brewing Coffee

- Determine type and amount of coffee to produce (half batch or full batch).
- Using correct cup, measure coffee and pour into grinder hopper (1 cup for ½ batch, 2 cups for 1 batch).
- Hold coffee filter under grinder spout; grind coffee.
- **Settings for grinders:**

| Grindmaster Grinder | Ditting Grinder |
|---|---|
| • "Auto-Drip" for Cafe Blend and Decaf | • # 6 for Cafe Blend and Decaf |
| • "Drip" for Featured Blend | • # 7.5 for Featured Blend |



- Place coffee filter into brew basket and shake to even out grinds.
- Put brew basket back into brewer.
- Place Insulated Container under brew area – push back to activate placement button.
- Press correct portion select button (half or full batch).
- Write expiration time on tag with grease pencil (2 hours from start of brew – when you push the button!).

 Guidelines

- Check expiration times and levels of brewed coffee often. Remove and refill any coffee from the coffee station that is past the 2-hour expiration time. Also refill any coffee that has run out.
- After lunch rush, reduce portion of coffee brewed to half batches of coffee. Mall cafes will vary. Check with your manager for specifications.
- Some bakery-cafes have double-sided coffee bars. Both sides will be open during rushes. Check with your manager for the time to close down to one side of the coffee bar.

Brewing Iced Coffee: *Only used with Area Director approval for Company-owned bakery-cafes*

- Cafe Blend and Featured Roast coffee, which has exceeded the 2-hour expiration time, is poured into a clean sanitized 8-quart container with lid and stored in the walk-in with day dot. Coffee is added throughout the day.
- This coffee is used for iced coffee the following day. If there is insufficient coffee left over for the following day, fresh coffee is brewed and chilled overnight.
- Each morning, the coffee from the walk-in is placed in a stainless Bunn dispenser. The dispenser is placed next to the Iced Tea on the beverage station. Place the "Brewed Iced Coffee" sign on the dispenser.
- Iced coffee is self-service, and served in fountain beverage cups.
- Iced Coffee is not carried over at the end of the day. All leftover products are discarded.





### Grinding Retail Coffee Packs

- If a customer requests their retail coffee pack ground, open the pack of coffee by pulling apart the sealed edges at top of bag.
- Set grinder to 'Cafe Blend' setting.
- Pour beans in hopper and place bag under grinder chute.
- Turn grinder on.
- Re-close bag and brush off excess grounds from chute.
- Wrap coffee bag in logo sandwich wrap (follow the same procedures used for wrapping sandwiches).
- Place wrapped coffee bag in a 6# bag and present to the customer.

### Brewing Tea

- Place iced tea filter into brew basket.
- Open iced tea packet with scissors and place tea evenly into iced tea filter. Gently shake brew basket to even out the grounds.
- Place brew basket into tea brewer.
- Check that the spout on the iced tea container is closed.
- Place the lid on with the holes toward the back for the water to flow through.
- Press "brew" button once. Use hang tag to indicate to customers that tea is "Brewing".
- Iced tea will automatically brew and shut off when brewing is complete.
- Dump out iced tea grounds.
- Rinse out brew basket.



### To brew Sweet Tea

- Mix 1 cup of hot water and 32 oz. (large cup) of sugar until fully dissolved.
- Pour water/sugar mix into tea urn before brewing.
- Brew tea as usual, and stir. Shelf life of sweet tea is 1 day.

### Serving Hot Tea

- Hot tea is served in a mug for here or 16 oz. styrofoam cup to go.
- Customer is allowed to pick the tea bag and it is then placed in a mug. The associate takes the mug to the Coffee brewer and gets hot water from the red handled spigot.
- It is served on a tray with doily, two napkins, and a spoon.

---

### Coffee bar condiments

A one-sided coffee bar should always be stocked with the following items:

- 1 bullet of Half & Half and 1 bullet of Skim milk
- Napkins
- White and raw sugar packets
- Sweet "N" Low and Equal packets
- Coffee cup lids
- Honey
- 1 shaker of cinnamon and 1 shaker of nutmeg
- Straws and stirrers





## Closing Responsibilities
(See SB 4: Coffee & Tea Brewer for more details on cleaning)

- Empty tea decanters of remaining tea.
- Rinse containers thoroughly, and leave dispenser spout open.
- Empty coffee Insulated Containers of remaining coffee and rinse thoroughly.
- Run brew baskets and container lids through the dishwasher every evening.
- Rinse and wipe the exterior of Insulated Containers.
- Refill Insulated Containers with HOT water to keep them warm for the morning.
- Clean coffee bar area with cleanser.
- Wash and sanitize drip trays from coffee bar.
- Clean coffee brewer and iced tea brewer.

### Ditting and Grindmaster Grinders

- Unplug grinder before cleaning.
- Bean hopper should be wiped down with a dry towel (Don't use paper towels to clean bean hopper as the paper may tear apart and get Into the hopper).
- Clean inside of the grinding chamber with a small brush~ make sure grinder is still unplugged!
- Wipe portioning cups with a paper towel.

## Coffee Kneads to Know

- Do not pre-grind coffee beans. Coffee beans are at their best when freshly ground before brewing!
- "Bean Measurement" cups – each is a different size and holds a different amount of beans, so use the correct cup!
    - Red = Cafe Blend (3.25 oz.)
    - Blue = Featured (4.25 oz.)
    - Clear = Decaf (4.25 oz.)
    - Hazelnut coffee come in 3.25 oz. packets.
- Proper brewing temperature is 197° +/- 3° (Between 194° and 200°).
- Holding temperature in container is 170° to 185°.
- Regular coffee for here is served in a ceramic mug, and to go in a 12 oz., 16 oz. or 20 oz. cup.
- Maintain freshness standards and proper rotation of coffee beans. Shelf life of our product is 90-days for an unopened bag.
- Placement of the coffee on the Coffee Bar is: (from the left) Cafe Blend, Colombian Decaffeinated, Featured Dark Roast, and Hazelnut House Blend.
- Hot water for Hot Tea is available from the coffee brewer, out of the red spout.

# Step by Step 9: Specialty Beverages

## Espresso Beverages

Along with our great coffee and tea, many customers come in for our delicious specialty drinks. It may be on a cold day, when someone wants to warm up with a hot caffe mocha, or in the middle of the summer for a frosty I.C. Caramel. No matter what, the great taste and quality of Panera™ products stands out!

### Terminology

Here are a few terms to be familiar with before you get started.

- **Crema**: a fine layer of foam, light cinnamon brown in color, which covers/tops a shot of espresso
- **Espresso**: a beverage produced as a result of heated water being forced quickly under pressure through carefully ground and packed coffee.

*If using a Faema machine you will also need to know the following. Ask your trainer if you are not sure.*

- **Grinder**: holds and grinds the espresso beans. One pull of the lever dispenses a consistent amount of coffee – 7 grams. The grinder may need to be adjusted throughout the day, as the bean is very susceptible to changes in humidity.
- **Portafilter**: a cuplike-shaped metal filter into which ground coffee is placed for brewing.
- **Portafilter insert**: metal filters, which typically come in 1 or 2 shot sizes. We have two kinds of portafilters: The single portafilter has one 'spout'—7 grams of espresso fits into this portafilter (one pull from the grinder lever). This is known as a single shot. The other portafilter has two 'spouts'—14 grams of espresso (two pulls from grinder lever), also known as a double shot.
- **Tamping**: is the name for the compacting and packing the grounds in the filter. A firm even pressure must be used.

> **Espresso Beverages**
> Refer to Hot Beverage laminate for exact recipes for the following hot beverages:
>
> Cappuccino           Caffe Mocha
>
> Caffe Latte          Hot Chocolate
>
> House Latte          Chai Tea Latte



### How to make the perfect hot beverage...

#### Espresso

NOTE: For bakery-cafes with Franke machines, just press the appropriate button to brew espresso. See EB 5: Barista & Espresso Machines for more details.

- Start with a clean, double-shot portafilter. Place portafilter under the grinder and pull the lever twice, dispensing 14 grams of coffee grinds.
- Set portafilter on counter and tamp grinds evenly with the large end on the tamper.
- Wipe excess grinds from top and/or sides of portafilter with a quick sweep of your hand (remember the portafilter is hot). This is ensure a perfect seal between the portafilter and the espresso machine.
- Place portafilter into espresso machine tightly. Water should never be allowed to escape from the seal machine and the machine. The handle of the portafilter should be pointing straight at you, or just slightly to the right.
- Place cup directly under portafilter.
- Press double shot button to brew the espresso.
- Espresso should flow smoothly, slowing near the end of the brewing cycle as the grounds expand.
- Espresso will brew directly into cup. Serve immediately after brewing.
- There is an up charge for each additional (single) espresso shot ordered.



### Foaming Milk

Foaming milk is heated milk with air bubbles. Foaming milk to temperature happens rather quickly. Keep an eye on the thermometer making sure not to go over 160°. Milk will burn and scald at 180°.

- Start with a clean, cold steaming pitcher. Add cold, fresh milk. Never resteam milk once it has been heated! Milk is a potentially hazardous food, and re-steaming encourages bacterial growth.
- Slowly turn steam wand on just enough to clear any water out (known as bleeding the wand). You may cover the steam wand with a sanitized towel when you clear the wand.
- Insert steam wand tip just under surface of milk (about ½ inch). Do not move pitcher around - hold it still and allow milk to circulate on its own just from air pressure coming out of steam wand.
    - If you hear a loud rumble or squeal, the steam wand is too deep in the milk
    - If the milk is spraying out of the pitcher the steam wand is too close to the surface of the milk.
- Once foam has been built to just below the top edge of the pitcher, move steam wand to the bottom of the pitcher (this is steaming milk - when the steam wand is fully submerged in the milk and no bubbles are created).
- Proper foaming temperature is 160°. Turn off steam valve when temperature is between 140-145°. The milk will continue to rise in temperature to 160°.

    Note: If you are using a FAEMA espresso machine, keep steam wand submerged in the pitcher until the thermometer reaches 155-157°. If you are using the Franke machine, the steam wand will stop automatically when it reaches the proper temperature.

- Pour the foamed milk into the middle of the glass. This will push the crema into a ring evenly on the outside of the glass. This should be one fluid movement for the latte beverages (Cafe Latte, House Latte, and Cafe Mocha). For Cappuccino, the foam is held back while the milk is poured then topped with foam.

### Putting in all together...

The following is an order/process to making espresso beverages.

1. Grab correct cup for beverage.
2. Add any syrups/mixes to cup.
3. Fill cold steaming pitcher with amount of milk needed according to drink recipe.
4. Open the steam wand to clear any water out.
5. Place thermometer in milk.
6. Begin to foam milk.
7. Fill portafilter with coffee grinds. Brew espresso - 2 shots.
8. Wipe off steam wand to sanitize it, before pouring milk into drink.
9. Pour milk into cup. If drink contains a syrup/mix, stir mixture while pouring (Cappuccino- foam is held back).
10. Add appropriate toppings. Serve.
11. Empty portafilter into knock box, wipe down counter and clean area. Discard any unused milk.

### Other Hot Beverage Information



- Proper flow time for espresso is 20 seconds. 20-24 seconds is acceptable. If flowing longer or shorter than proper time—contact the manager. (This applies to Faema machines only.)
- Always use the correct serving cup/glass.
- Glassware should be warmed (unless you are making an iced beverage or "to go" drink). If you are out of warm glassware, fill glass half way with hot water from the espresso machine. Empty glass and begin brewing process.
- Once the portafilter is placed into the espresso machine, immediately press the correct button. The espresso taste will be altered if the ground is left in the portafilter it will begin to bake/roast the grounds.
- If any beverage does not meet quality standards, discard it immediately and make another.



# Panera Bread
## ASSOCIATE TRAINING GUIDE
### BUSSING
#37

"C"

### RESPONSIBILITIES:
- Maintain Company Standard of no dirty tables at any time.
- Maintain cleanliness of dining room.
- Maintain cleanliness of restrooms and proper stocking of restroom supplies.
- Maintain cleanliness and proper stocking of coffee station & condiment areas.
- Washing & stocking trays & tableware, glasses, cups & mugs for bakery/cafe areas.

### TOOLS NEEDED:
- Self service coffee station
- Clean & sanitized towels
- Large trash can liners
- Pitchers filled with 1/2 & 1/2 and skim milk
- Sugar and sugar substitute packets
- Plastic coffee stirrers
- Salt & pepper packets
- Napkin dispensers & napkins
- Soup spoons, forks & knives
- Iced Tea containers
- Iced water dispensers
- Clear plastic water cups
- Individually wrapped straws
- Individual condiment packets--mayo, fat free mayo, mild mustard, spicy mustard
- Black round trays
- Soap dispenser refills
- Paper towel refill rolls
- Toilet paper refill rolls
- Broom, mop, dry mop for hardwood floors

### QUALITY STANDARDS:
- Clean and well-stocked restrooms
- Clean, organized and evenly spaced tables & chairs (must be maintained throughout the day)
- Floors free of debris and spills
- Coffee station stocked & clean at all times. Watch kill times.

- Condiment stands stocked and clean at all times.
- Trays, coffee/tea mugs and espresso/latte mugs, tableware, cleaned/sanitized and stocked in all needed areas.
- Booster seats/high chairs clean and well-maintained at all times.
- Trash emptied as needed -- outside of trash containers should be clean at all times.
- Restrooms stocked with soap, paper towels & toilet paper at all times. Cleanliness checked frequently.
- Dining room floor must be dry and free of debris. Give *immediate* attention to spills. Utilize WET FLOOR signs when needed.
- Use clean, sanitized towels dedicated to dining room use.
- Never wear plastic, sanitary gloves when working in the dining room or cleaning restrooms!
- Never drape a towel around the tie of your apron - always carry the towel.

### FAST FACTS:
Dining Room:
No tables can be dirty at any time, this includes those customers who pick up their own trash, but leave behind the crumbs.
Steps to effectively maintain a clean & pleasant dining room atmosphere:
Tables, chairs & floor:
- Remove trash, tableware, mugs & trays from table.
- Wipe table & edges with clean/sanitized towel. Use a green tray to catch any crumbs.
- Check floor for crumbs & spills.
- Pick up any major pieces of trash.
- Sweep and mop when needed.
- Sweep crumbs off table bases.
- Wipe down and push chairs in and straighten tables.

Self-serve coffee station:
- Replace empty coffee dispensers immediately. Make sure the pots are clean, wipe off drips/spots.
- Keep fresh coffee brewing throughout the day.
- Keep coffee area clean, wipe up spills and empty the drip catcher grate into trash can, as needed, where applicable.
- Keep pitchers filled with cold 1/2 & 1/2 and skim milk
- Restock condiments as needed -- sugars, condiments, salt & pepper, napkins, stirrers, straws, etc.
- Keep condiment areas free of debris; wipe down counters and condiment areas often.
- Transport clean silverware to condiment bar.
- Check & clean iced tea containers and self-service water dispensers throughout the day, as needed.

Restrooms:
- Check for cleanliness frequently throughout the day.
- Restock soap dispensers, paper towels & toilet paper as needed.
- Check & clean mirrors, sinks & floors throughout the day.

Back of the House:
- Rinse & stack dirty cups, mugs, saucers, etc. in the dishwasher, face down.
- Transport dirty tableware, mugs, cups & saucers in a bus tub to dish station.
- Stack dirty trays.
- Place forks, knives, and spoons in "soak".
- Place trash in trash can.
- Place dishes in correct dishrack
- Run dishwasher when full.
- Restock front areas with clean items.
- Wipe down black trays with a clean, sanitized towel.

- Be organized -- work smart
- SMILE!! Always pay attention to customers in the dining room. Be able to answer questions & solve problems.
- Pay attention to any customers with disabilities. Keep pathways clear, use the braille menu, and assist them in any way that you can.
- Always extend an exit greeting to customers as they are leaving the restaurant!!
- Create a routine with emphasis on customer contact points.
- Bus all tables--keep in mind the 0 dirty table rule--clean tables, high chairs, and chairs.
- Sweep where needed--give spills immediate attention!
- Check condiment/coffee supply. Keep these areas clean and wiped down.
- Bring all dirty dishes to kitchen -- rinse and load dishwasher as needed.
- Restock bakery and cafe with clean mugs, cups, trays, etc.
- Brew coffee, as needed.
- Check restrooms.
- Check trash cans.
- Start process over.

DISCUSSION QUESTIONS:

1) How often should the restrooms be checked, cleaned & restocked?

2) What should you do if a customer reports a spill in the dining room?

3) What items need to be restocked in the condiment area?

4) What is the proper way to wipe down a table or chair?

5) When should the trash be emptied?

6) No more than how many tables can be dirty at a given time?

NOTES: _____

CERTIFICATION DATE:

TRAINER:

ASSOCIATE:

updated 11/20/97