UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TARAMATTIE DOUCETTE,
ROBERT DOUCETTE, INDIVIDUALLY
AND AS NEXT FRIEND OF CHRISTOPHER
DOUCETTE, SEAN DOUCETTE,
AND PATRICK DOUCETTE,
      PLAINTIFFS

VS.                        CIVIL ACTION NO. 04-10960-PBS

PANERA, INC,
      DEFENDANT

## MEMORANDUM IN SUPPORT OF
## PLAINTIFFS' MOTION TO COMPEL FURTHER ANSWERS TO
## INTERROGATORIES

In support of their motion to compel further answers to interrogatories pursuant to Fed.R.Civ.P.37 and Local Rule 37.1, the plaintiffs state the following:

1. On or about July 14, 2004, the plaintiffs served their Rule 26a(1) mandatory disclosure materials by mailing to the defendant;

2. On or about August 19, 2004, the plaintiffs served their First Set of Interrogatories, by mailing to the defendant;

3. On or about November 11, 2004, the defendant served its Answers to Plaintiffs' First Set of Interrogatories;

4. On December 1, 2004, the plaintiffs sent a written request to the defendant, requesting a telephone conference regarding further answers to interrogatories 11, 12 and 13, and requesting that the defendant's counsel respond within seven days to this request for a telephone conference, pursuant to Local Rule 37.1(A);

5. On December 10, 2004, the parties conducted a conference regarding the plaintiff's request for further answers to interrogatories 11, 12 and 13, and the defendant agreed to provide further answers by December 31, 2004 if further information was available;

6. To date, January 10, 2005, the defendant has not provided further answers to the plaintiffs' interrogatories numbered 11, 12 and 13.

7. Further information is certainly available, since the defendant provided virtually no relevant responses in its answers to interrogatories 11, 12, and 13, as set out in the plaintiffs' Motion to Compel Further Answers.

                    Respectfully submitted,

                    For the plaintiffs

                    Margaret G. Barmack
                    BBO No. 029660
                    Barmack & Boggs
                    41 Ocean Street
                    Lynn, MA 01902
                    Tel. 781-596-2540