UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



TARAMATTIE DOUCETTE,
ROBERT DOUCETTE, INDIVIDUALLY
AND AS NEXT FRIEND OF CHRISTOPHER
DOUCETTE, SEAN DOUCETTE,
AND PATRICK DOUCETTE,
    PLAINTIFFS

VS.                                    CIVIL ACTION NO. 04-10960-PBS

PANERA, INC,
    DEFENDANT

## PLAINTIFFS' MOTION WITHDRAW MOTION TO COMPEL FURTHER ANSWERS TO INTERROGATORIES

Now come the plaintiffs and move this Honorable Court, pursuant to Fed.R.Civ.P. 37 and Local Rule 37.1, to allow the plaintiffs to withdraw their motion to compel the defendant to further answer the plaintiffs' interrogatories, which motion was filed and served on or about January 10, 2005, and state as grounds that the defendant has provided supplementary answers to the plaintiffs' interrogatories.

                              Respectfully submitted,

                              For the plaintiffs

                              Margaret G. Barmack
                              BBO No. 029660
                              Barmack & Boggs
                              41 Ocean Street
                              Lynn, MA 01902
                              Tel. 781-596-2540