UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
TARAMATTIE DOUCETTE,                          )
ROBERT DOUCETTE, INDIVIDUALLY                 )
AND AS NEXT FRIEND OF CHRISTROPHER            )
DOUCETTE, SEAN DOUCETTE AND                   )
PATRICK DOUCETTE,                             )          CIVIL ACTION NO. 04-10960-PBS
                    PLAINTIFFS                 )
V.                                             )
                                               )
PANERA, INC.                                   )
                    DEFENDANT                   )
_____)

**<u>APPEARANCE</u>**

Kindly enter my appearance on behalf of the defendant, Panera, Inc. in the above-entitled

matter.

Respectfully submitted,
PANERA, INC.
By its Attorney.

/s/ Joseph A. Merlino
Joseph A. Merlino, BBO# 648647
DAVIS, WHITE & SULLIVAN, LLC
One Longfellow Place, Suite 3609
Boston, MA  02114
(617) 720-4060

## <u>CERTIFICATE OF SERVICE</u>

I, Joseph A. Merlino, counsel for the defendant Panera, Inc., do hereby certify on May 27, 2005 I served the within documents on all parties of interest, by mailing copy of same, postage prepaid to:

Margaret G. Barmack, Esq.
Barmack & Boggs
41 Ocean Street
Lynn, MA 01902

<u>/s/ Joseph A. Merlino</u>
Joseph A. Merlino