UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

TARAMATTIE DOUCETTE,                        )
ROBERT DOUCETTE, INDIVIDUALLY               )
AND AS NEXT FRIEND OF CHRISTOPHER            )
DOUCETTE, SEAN DOUCETTE AND                  )
PATRICK DOUCETTE,                           )        CIVIL ACTION NO. 04-10960-PBS
                          PLAINTIFFS         )
V.                                          )
                                            )
PANERA, INC.                                )
                          DEFENDANT          )
_____)

## JOINT MOTION TO CONTINUE JURY TRIAL

Now come the parties in the above-captioned action and move this Honorable Court, pursuant to Rule 40(b), F.R.C.P. to continue the Jury Trial scheduled for June 13, 2005 to September 12, 2005

As grounds for this Motion, the parties state the following:

1)      Counsel for the Defendant will be at trial in the Middlesex Superior Court on the scheduled trial date for this matter;

2)      It is the parties understanding the trial will not go forward due to a conflict the Court has with the scheduled trial date;

3)      The parties recently participated in a Mediation and will continue settlement discussions in the interim; and

4)      No party will be prejudiced by the continuance.

WHEREFORE, the parties move this Honorable Court, pursuant to Rule 40(b) , F.R.C.P. to continue the Jury Trial from June 13, 2005 to September 12, 2005, together with any other relief this Honorable Court deems appropriate under the circumstances.

BARMACK & BOGGS
Counsel for Plaintiffs, Taramattie Doucette, Robert Doucette,
Individually and as Next Friend of Christopher
Doucette, Sean Doucette and Patrick Doucette,


By:     /s/ Margaret G. Barmack
        Margaret G. Barmack, BBO# 029660
        BARMACK & BOGGS
        41 Ocean Street
        Lynn, Massachusetts 01902
        (781) 596-2540




DAVIS, WHITE & SULLIVAN, LLC
Counsel for Defendant, Panera, Inc.



By:     /s/ Christopher J. Sullivan
        Christopher J. Sullivan, BBO# 545137
        Joseph A. Merlino, BBO# 648647
        DAVIS, WHITE & SULLIVAN, LLC
        One Longfellow Place, Suite 3609
        Boston, Massachusetts 02114
        (617) 720-4060

## <u>CERTIFICATE OF SERVICE</u>

I, Joseph A. Merlino, counsel for the defendant Panera, Inc., do hereby certify on May 27, 2005 I served the within documents on all parties of interest, by mailing copy of same, postage prepaid to:


Margaret G. Barmack, Esq.
Barmack & Boggs
41 Ocean Street
Lynn, MA 01902


<u>/s/ Joseph A. Merlino</u>
Joseph A. Merlino