UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TARAMATTIE DOUCETTE,<br>ROBERT DOUCETTE, INDIVIDUALLY<br>AND AS NEXT FRIEND OF CHRISTROPHER<br>DOUCETTE, SEAN DOUCETTE AND<br>PATRICK DOUCETTE,<br>                PLAINTIFFS<br>V.<br><br>PANERA, INC.,<br>                DEFENDANT | CIVIL ACTION NO. 04-10960-PBS |

**DEFENDANT PANERA INC.'S ASSENTED TO MOTION FOR COURT ORDER ENTERING STIPULATED PROTECTIVE ORDER**

Defendant Panera, Inc. moves pursuant to Fed R. Civ. P. 26(c) and Local Rule 7.2 this Honorable Court to enter as an Order the parties' Stipulated Protective Order, a copy of which is attached hereto as Exhibit A.

                Respectfully Submitted,
                DAVIS, WHITE & SULLIVAN, LLC
                Counsel for Defendant, Panera, Inc.


                /s/ Joseph A. Merlino
                Christopher J. Sullivan, BBO# 545137
                Joseph A. Merlino, BBO# 648647
                DAVIS, WHITE & SULLIVAN, LLC
                One Longfellow Place, Suite 3609
                Boston, Massachusetts 02114
                (617) 720-4060

Assented by:

BARMACK & BOGGS
Counsel for Plaintiffs, Taramattie Doucette,
Robert Doucette, Individually and as Next
Friend of Christopher Doucette, Sean
Doucette and Patrick Doucette,


/s/ Margaret G. Barmack
Margaret G. Barmack, BBO# 029660
BARMACK & BOGGS
41 Ocean Street
Lynn, Massachusetts 01902
(781) 596-2540

<u>Certificate of Compliance with Local Rule 7.2</u>

     I, Joseph A. Merlino, hereby certify that I have complied with the requirements of Local Rule 7.2.

<u>/s/ Joseph A. Merlino</u><br>
Joseph A. Merlino

## **CERTIFICATE OF SERVICE**

      I, Joseph A. Merlino, counsel for the defendant Panera, Inc., do hereby certify on May 27, 2005 I served the within documents on all parties of interest, by mailing copy of same, postage prepaid to:


Margaret G. Barmack, Esq.
Barmack & Boggs
41 Ocean Street
Lynn, MA 01902


                                            /s/ Joseph A. Merlino
                                            Joseph A. Merlino