UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Taramattie Doucette, et al,

        Plaintiff(s),                      CIVIL ACTION
                                             NO. 04-10960-PBS

    v.

Panera, Inc.,

        Defendant(s).

**PRETRIAL ORDER**

SARIS, D.J.                                       June 6, 2005

       The above action has been set down for a JURY TRIAL on 8/1/05, at 9:00 a.m.

       By 7/1/05, the parties shall make all expert disclosures as required by Fed. R. Civ. P. 26(a)(2).

       By 7/1/05, the parties shall make pretrial disclosures as required by Fed. R. Civ. P. 26(a)(3).

       Objections to the pretrial disclosures shall be served and filed by 7/14/05.

       By 7/20/05, the parties shall file a joint pretrial memorandum in accordance with L.R. 16.5(d). Counsel are required to confer fifteen days before the final pretrial conference for the purpose of preparing the joint pretrial memorandum.

       By 7/20/05, the parties shall file/serve proposed jury instructions, proposed voir dire questions, motions in limine, witness/exhibit lists[1], and any designations[2] of deposition testimony.

---

[1] Exhibits shall be premarked with one set of exhibit numbers. There should be no duplicative exhibit numbers. For example, if plaintiff's exhibits are premarked ## 1 - 100, the defendant's exhibits should be premarked ## 101, 102, etc... Counsel shall file with the Court an original and two (2) copies of the exhibit and witness lists.

[2] It is helpful if designations and counter-designations are submitted on the same copy, with designations highlighted in one color and counter-designations highlighted in another.

By 7/25/05, the parties shall file/serve opposition to motions in limine, any objections to witnesses or exhibits, and counter-designations of deposition testimony.

Trial briefs shall be filed/served by 7/25/05.

                                                By the Court,

                                                /s/ Robert C. Alba
                                                Deputy Clerk