# Davis, White & Sullivan, LLC

Attorneys at Law
One Longfellow Place, Suite 3609
Boston, MA 02114
Telephone: (617) 720-4060
Telecopier: (617) 720-4055

Phillip M. Davis††‡  
David A. White*  
Christopher J. Sullivan  
Suzanne Davis White  

Eric M. Collins  
Kevin J. Fleming  
Marc J. Tassone*  
Jay A. Potter  
Joseph A. Merlino‡  

June 23, 2005

Noreen Russo  
Session Clerk for Judge Collings  
United States District Court  
For The District of Massachusetts  
John Joseph Moakley  
U.S. Courthouse, 1 Courthouse Way  
Suite 6240  
Boston, MA 02210  

Re: Taramattie Doucette, Robert Doucette, Individually and as next friend of Christopher Doucette, Sean Doucette and Patrick Doucette v. Panera, Inc.
Civil Action No. 04-10960-PBS

Dear Ms. Russo:

I have spoke with plaintiff counsel and we have reached an agreement with respect to the scheduling of the above-referenced trial for Monday, October 3, 2005.

Could you please call and advise me as to whether or not that date is still available. In the event it is available, could you please issue a notice of trial for that date at your earliest convenience.

Thank you for taking the time to address this issue regarding the scheduling of the trial of this matter. I look forward to hearing from you.

Very truly yours,

Christopher J. Sullivan

cc: Margaret G. Barmack, Esq.

Also admitted to Texas Bar†  
Also admitted to New York Bar‡  

Also admitted to Rhode Island Bar*