UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Taramattie Doucette, et al
Plaintiff,

V.

Civil Action Number
04-10960-PBS

Panera, Inc.
Defendant.

August 17, 2004

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 2/15/05

Plaintiff's expert designation deadline: 3/15/05

Defendant's expert designation deadline: 4/15/05

Expert discovery deadline: 5/15/05

Summary Judgment Motion filing deadline: 5/15/05

Opposition to Summary Judgment Motions: 6/1/05

Final Pretrial Conference: 6/6/05 at 2:00 p.m.

Jury Trial: 6/13/05 at 9:00 a.m.

Case to be referred to Mediation program: January, 2005

By the Court,

/s/ Robert C. Alba
Deputy Clerk