# Davis, White & Sullivan, LLC
Attorneys at Law
One Longfellow Place, Suite 3609
Boston, MA 02114
Telephone: (617) 720-4060
Telecopier: (617) 720-4055

Phillip M. Davis†‡
David A. White*
Suzanne Davis White
Christopher J. Sullivan

Eric M. Collins
Kevin J. Fleming
Marc J. Tassone*
Jay A. Potter
Joseph A. Merlino‡
Michael J. Smith

February 2, 2005

**VIA FACSIMILE:** (781) 596-8634
Margaret G. Barmack, Esq.
Barmack & Boggs
41 Ocean Street
Lynn, MA 01902

Re:  Taramattie Doucette, Robert Doucette, Individually and as next friend of Christopher Doucette, Sean Doucette and Patrick Doucette v. Panera, Inc.
Civil Action No. 04-10960-PBS

Dear Attorney Barmack:

This letter will confirm our discussion earlier today relating to the above-captioned matter and the extension of the discovery deadline.

As you know, the discovery deadline is currently on or about February 15, 2005. We discussed extending the deadline to March 18, 2005 in order for both parties to complete discovery.

Please contact me at the number above should you have any questions or comments.

Thank you.

Very truly yours,

Joseph A. Merlino

## MEMORY TRANSMISSION REPORT

```
TIME       : FEB-02-2005  16:52
TEL NUMBER : +6177204055
NAME       : DAVIS
```

| | |
|---|---|
| FILE NUMBER | : 512 |
| DATE | : FEB-02 16:51 |
| TO | : 917815968634 |
| DOCUMENT PAGES | : 001 |
| START TIME | : FEB-02 16:51 |
| END TIME | : FEB-02 16:52 |
| SENT PAGES | : 001 |
| STATUS | : OK |
| FILE NUMBER | : 512 |

**\*\*\* SUCCESSFUL TX NOTICE \*\*\***

---

**Davis, White & Sullivan, LLC**
Attorneys at Law
One Longfellow Place, Suite 3609
Boston, MA 02114
Telephone: (617) 720-4060
Telecopier: (617) 720-4055

Phillip M. Davis††
David A. White*
Suzanne Davis White
Christopher J. Sullivan

Eric M. Collins
Kevin J. Fleming
Marc J. Tassone*
Jay A. Potter
Joseph A. Merlino‡
Michael J. Smith

February 2, 2005

**VIA FACSIMILE:** (781) 596-8634
Margaret G. Barmack, Esq.
Barmack & Boggs
41 Ocean Street
Lynn, MA 01902

Re: Taramattie Doucette, Robert Doucette, Individually and as next friend of Christopher Doucette, Sean Doucette and Patrick Doucette v. Panera, Inc.
Civil Action No. 04-10960-PBS

Dear Attorney Barmack:

This letter will confirm our discussion earlier today relating to the above-captioned matter and the extension of the discovery deadline.

As you know, the discovery deadline is currently on or about February 15, 2005. We discussed extending the deadline to March 18, 2005 in order for both parties to complete discovery.

Please contact me at the number above should you have any questions or comments.

Thank you.

Very truly yours,

Joseph A. Merlino