# Davis, White & Sullivan, LLC

Attorneys at Law
One Longfellow Place, Suite 3609
Boston, MA 02114
Telephone: (617) 720-4060
Telecopier: (617) 720-4055

Phillip M. Davis†‡
David A. White*
Christopher J. Sullivan
Suzanne Davis White

Eric M. Collins
Kevin J. Fleming
Marc J. Tassone*
Jay A. Potter
Joseph A. Merlino‡

July 1, 2005

Margaret G. Barmack, Esq.
Barmack & Boggs
41 Ocean Street
Lynn, MA 01902

Re:  Taramattie Doucette, Robert Doucette, Individually and as next friend of Christopher Doucette, Sean Doucette and Patrick Doucette v. Panera, Inc.
Civil Action No. 04-10960-PBS

Dear Attorney Barmack:

Enclosed please find the Defendant's Supplemental Response to the Plaintiff's Second Request for Production of Documents; more specifically Request No. 2.

Would you please sign and return the Stipulation relating to negligence our office forwarded to you on June 15, 2005? Since liability is not contested in this action our office will not respond to any further discovery requests relating to liability or Panera, Inc.'s negligence.

Thank you.

Very truly yours,

Joseph A. Merlino
Christopher J. Sullivan

Enclosure