UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TARAMATTIE DOUCETTE, )<br>ROBERT DOUCETTE, INDIVIDUALLY )<br>AND AS NEXT FRIEND OF CHRISTROPHER )<br>DOUCETTE, SEAN DOUCETTE AND )<br>PATRICK DOUCETTE, )<br>            PLAINTIFFS )<br>V. )<br> )<br>PANERA, INC. )<br>            DEFENDANT )<br> ) | CIVIL ACTION NO. 04-10960-RBC |

## NOTICE OF CHANGE OF ADDRESS

Counsel for the defendant states that the name of the law firm on the Court's docket is incorrect. Kindly enter the law firm and address with the court docket and forward all correspondence to same address.

                                                Respectfully submitted,
                                                PANERA, INC.
                                                By its Attorney.

                                                /s/ Christopher J. Sullivan
                                                Christopher J. Sullivan, BBO# 548137
                                                DAVIS, WHITE & SULLIVAN, LLC
                                                One Longfellow Place, Suite 3609
                                                Boston, MA  02114
                                                (617) 720-4060

## CERTIFICATE OF SERVICE

      I, Christopher J. Sullivan, counsel for the defendant Panera, Inc., do hereby certify on September 12, 2005 I served the within documents on all parties of interest, by mailing copy of same, postage prepaid to:

Margaret G. Barmack, Esq.
Barmack & Boggs
41 Ocean Street
Lynn, MA 01902

                                              /s/ Christopher J. Sullivan
                                              Christopher J. Sullivan