UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TARAMATTIE DOUCETTE, ) <br> ROBERT DOUCETTE, INDIVIDUALLY ) <br> AND AS NEXT FRIEND OF CHRISTROPHER ) <br> DOUCETTE, SEAN DOUCETTE AND ) <br> PATRICK DOUCETTE, ) <br> PLAINTIFFS ) <br> V. ) <br> ) <br> PANERA, INC. ) <br> DEFENDANT ) <br> ) | CIVIL ACTION NO. 04-10960-RBC |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1 (D), the defendant requests an oral hearing on its

Motion to Strike the Plaintiff's Request for Admissions.

 

Respectfully submitted,
Panera Bread, Inc.
By its Attorneys,

/s/ Christopher J. Sullivan
Christopher J. Sullivan, BBO# 548137
Joseph A. Merlino, BBO# 648647
DAVIS, WHITE & SULLIVAN, LLC
One Longfellow Place, Suite 3609
Boston, MA  02114
(617) 720-4060

DATED:   September 12, 2005

## **CERTIFICATE OF SERVICE**

      I, Christopher J. Sullivan, counsel for the defendant Panera, Inc., do hereby certify on September 12, 2005, I served the Defendant's Request for Oral Argument on all parties of interest, by mailing copy of same, postage prepaid to:

Margaret G. Barmack, Esq.
Barmack & Boggs
41 Ocean Street
Lynn, MA 01902

                                             /s/ Christopher J. Sullivan
                                             Christopher J. Sullivan