UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TARAMATTIE DOUCETTE, ET AL.,
   Plaintiffs

VS.                                    CIVIL ACTION NO. 04-10960-PBS

PANERA, INC.,
           Defendant

## PLAINTIFFS' REQUEST FOR ADMISSIONS

The plaintiffs request, pursuant to Fed.R.Civ.P. 36, that the defendant admit or deny the following statements, within 30 days of service of this request:

1. Panera, Inc., or Panera, LLC, is the correct name of the entity that was responsible for the operation of the Panera Bread Restaurant in Swampscott, MA (hereinafter, "the Panera restaurant") on November 10, 2001.

2. On November 10, 2001, at approximately 11 a.m., the defendant's employee, Brandon Sakurai, then age 16, was carrying a canister containing 1.75 gallons of hot coffee, from the brewing station to the coffee service station at the Panera restaurant.

3. It is a distance of at least thirty feet from the brewing station to the coffee service station.

4. In order to bring the coffee canister to the coffee station, Brandon Sakurai had to carry the canister past the Panera restaurant customers who were gathered near the bakery counter, waiting for their orders to be processed.

5. This was the normal and routine manner for Panera restaurant employees to deliver hot coffee to the coffee station.

6. The coffee in the canister that Brandon Sakurai was carrying was at a temperature of 197 degrees, plus or minus 3 degrees, Fahrenheit.

7. This was the normal and routine temperature for coffee that had just been brewed and was being carried to the coffee station.

8. On November 10, 2001, at approximately 11 a.m., Brandon Sakurai dropped the canister on the floor at the Panera restaurant, the top came off the canister, and the hot coffee splashed out of the canister onto the right ankle and foot of Taramattie Doucette.

9. The hot coffee that splashed from the canister that Brandon Sakurai dropped caused second degree burns on the right ankle and foot of Taramattie Doucette.

10. The defendant was negligent in employing a method of coffee service that required its employee to carry a canister containing 1.75 gallons of freshly brewed coffee, at a temperature between 194 and 200 degrees Fahrenheit, past a crowd of customers who were near the bakery counter at the Panera restaurant.

11. The defendant is liable for all the plaintiffs' damages and losses proximately caused by the defendant's negligence.

For the plaintiffs

*[signature]*
Margaret G. Barmack
Barmack & Boggs
41 Ocean Street
Lynn, MA 01902
Tel. 781-596-2540

### Certificate of Service

I, Margaret G. Barmack, hereby certify that the within Plaintiffs' Request for Admissions was served on the defendant by mailing postpaid on even date to Atty. Christopher Sullivan, at Davis, White and Sullivan, LLC, One Longfellow Place, Suite 3609, Boston, MA 02114.

Date: 6/30/05

_____
Margaret G. Barmack

# BARMACK & BOGGS

*Attorneys at Law*

41 Ocean Street
Lynn, Massachusetts 01902

Margaret G. Barmack
Deborah A. Boggs

Area Code 781
Tel. 596-2540
Fax: 596-8634

June 30, 2005

Atty. Christopher Sullivan
Davis, White & Sullivan, LLC
One Longfellow Place, Suite 3609
Boston, MA 02114

Re: Doucette v. Panera

Dear Atty. Sullivan:

Enclosed please find the Plaintiffs' Request for Admissions.

Sincerely,

*[signature]*

Margaret G. Barmack
MGB/hs

Enc.