UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TARAMATTIE DOUCETTE,
ROBERT DOUCETTE, INDIVIDUALLY
AND AS NEXT FRIEND OF CHRISTOPHER
DOUCETTE, SEAN DOUCETTE, AND
PATRICK DOUCETTE,
        PLAINTIFFS

VS.                                CIVIL ACTION NO. 04-10960-RBC

PANERA, INC.,
        DEFENDANT

## PLAINTIFFS' DESIGNATION OF PORTIONS OF DEPOSITION OF BRANDON SAKURAI, TO BE READ TO JURY

Brandon Sakurai, deposition April 1, 2005.

    p.5, lines 3-7  Q- "My name is Margaret Barmack and I represent the plaintiffs in this case...Let me ask you your name first."
        A- "Brandon Sakurai."

    p.7, lines 7,8:  Q- "And what's your date of birth?"
        A- "September 8, 1985"

    p.10, lines 19 – 24;
    p.11, line 1:
        Q- "When were you hired at Panera?"
        A- "I believe I was a sophomore, so '01, maybe."

        Q-"So you were a sophomore in high school?"
        A- "I believe so."

        Q-"Do you remember at what point of your sophomore year you were hired at Panera?"
        A- "I believe it was the summer before."

    p.19, lines 7 – 11
        Q- "Now, trying to remember back to November 10th of 2001, which is the date that the accident happened that our case is about. Do you remember—I take it you were working that day?......

    line 16:    A- "Oh, yes I was working that day."

p.20, lines 10 – 24

Q- "Now, would you tell me what you remember about the accident itself, when Mrs. Doucette go burned?"
A- "What do you mean?"

Q- "Well, do you remember at some point filling up that coffee canister?"
A- "Yes, I remember."

Q- "Okay. And then what happened after you filled up the canister?"

A- "When it was finished, I remember bringing it over to the station. And where you come out of the registers, right next to the registers, that's where it spilled."

Q- "How did it spill?"
A- "I'm not sure. It just dropped to the ground. And I believe the top just popped off and hit the ground."

Q- "So the entire canister fell out of your hands?"
A- "Yes."

p.21, lines 2 – 6

Q- "And do you recall anything happening right before the canister fell out of your hands?"
A- "What do you mean?"

Q- "Well, anything?"
A- "No, not really."

lines 16 –24

Q- "Do you remember anything unusual happening or being aware of anything unusual immediately before the canister fell out of your hands?"
A- "What do you mean by unusual?"

Q- "Well, anything different from your normal trip from the coffee brewer to the coffee station?"
A- "No."

Q- "Now, were there customers in the restaurant at the time shortly before the accident happened?
A- "Yes, it was pretty busy."

p.22, lines 15 –19

Q- "Now you testified, I believe, that after the canister fell, that the top popped off it?

A- "Yes."

Q- "And then what happened to the canister?"
A- "It just kind of dropped to the ground and spilled."

p.25, lines 8 –13

Q- "So after you dropped the canister of coffee, what do you remember next?"

A- "I'm not entirely sure. I believe I picked up the canister. And then the lady started screaming because she was getting burned, and I remember people helping her."

Respectfully submitted,

For the plaintiffs

*/s/ Margaret G. Barmack*
Margaret G. Barmack
Barmack & Boggs
41 Ocean Street
Lynn, MA 01902
Tel. 781-596-2540

### Certificate of Service

I, Margaret G. Barmack, hereby certify that the within document was served on the defendant by facsimile, email and mailing postpaid on even date to Atty. Christopher Sullivan, at Davis, White & Sullivan LLC, One Longfellow Place, Suite 3609, Boston, MA 02114.

Date: 9/21/05

*/s/ Margaret G. Barmack*
Margaret G. Barmack