UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TARAMATTIE DOUCDETTE,
ROBERT DOUCETTE, INDIVIDUALLY
AND AS NEXT FRIEND OF CHRISTOPHER
DOUCETTE, SEAN DOUCETTE, AND
PATRICK DOUCETTE,
      PLAINTIFFS

VS.                                CIVIL ACTION NO. 04-10960-RBC

PANERA, INC.,
      DEFENDANT

## PLAINTIFFS' MOTION IN LIMINE REGARDING REFERENCE TO SPECIAL DAMAGES

Now come the plaintiffs and move this Honorable Court in limine to order the defendant not to make any reference to the amount or extent of plaintiff Taramattie Doucette's special damages in this matter, and state as grounds that the plaintiffs will not seek compensation from the jury for medical expenses or diminished earning capacity, and are only seeking compensation for her pain and suffering and diminished enjoyment of life, and for the other plaintiffs' loss of consortium; thus, the extent of Taramattie Doucette's special damages, including her medical expenses and her lost wages, are not relevant to the plaintiffs' claims for compensation, and the defendant should not be

permitted to elicit testimony, present documents, or make arguments regarding the plaintiff's special damages.

                    Respectfully submitted,

                    For the plaintiffs

                    */s/ Margaret G. Barmack*
                    Margaret G. Barmack
                    BBO No. 029660
                    Barmack & Boggs
                    41 Ocean Street
                    Lynn, MA 01902

Certificate of Service

I, Margaret G. Barmack, hereby certify that the within motion in limine was served on the defendant by facsimile, email and mailing postage paid on even date to Atty. Christopher Sullivan, at Davis, White & Sullivan, One Longfellow Place, Suite 3609, Boston, MA 02114.

Date: 9/21/05

                    */s/ Margaret G. Barmack*
                    Margaret G. Barmack