UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TARAMATTIE DOUCDETTE,
ROBERT DOUCETTE, INDIVIDUALLY
AND AS NEXT FRIEND OF CHRISTOPHER
DOUCETTE, SEAN DOUCETTE, AND
PATRICK DOUCETTE,
      PLAINTIFFS

VS.                         CIVIL ACTION NO. 04-10960-RBC

PANERA, INC.,
      DEFENDANT

### PLAINTIFFS' MOTION IN LIMINE REGARDING EXCLUSION OF DOCUMENT FROM MEDICAL RECORDS

Now come the plaintiffs and move this Honorable Court in limine to order that the document entitled "Pain Assessment.," also referred to as the "Pain Assessment upon Discharge," dated 11/19/01, be excluded from the medical records from Salem Visiting Nurses Association, and that no reference be made to this document at trial, and state as grounds that this document is totally unreliable, for the reasons set out in the plaintiffs' Motion in Limine Regarding Testimony of Paula Hovey, R.N. – Part I.

Respectfully submitted,

For the plaintiffs

*(signature)*
Margaret G. Barmack
BBO No. 029660
Barmack & Boggs
41 Ocean Street
Lynn, MA 01902
Tel. 781-596-2540

## Certificate of Service

I, Margaret G. Barmack, hereby certify that the within motion in limine was served on the defendant by facsimile, email and mailing postage paid on even date to Atty. Christopher Sullivan, at Davis, White & Sullivan, One Longfellow Place, Suite 3609, Boston, MA 02114.

Date: 9/21/05

Margaret G. Barmack