UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
TARAMATTIE DOUCETTE,                    )
ROBERT DOUCETTE, INDIVIDUALLY           )
AND AS NEXT FRIEND OF CHRISTOPHER        )
DOUCETTE, SEAN DOUCETTE AND              )
PATRICK DOUCETTE,                       )     CIVIL ACTION NO. 04-10960-PBS
                    PLAINTIFFS           )
V.                                      )
                                        )
PANERA, INC.,                           )
                    DEFENDANT            )
_____)

## JURY VERDICT

### A.     TARAMATTIE DOUCETTE

1     Was the negligence of the Defendant a proximate cause of the Plaintiff's first and second degree burns?

Yes _____          No _____

2     Was the negligence of the Defendant a proximate cause of the Plaintiff's neuropathic pain syndrome?

Yes _____          No _____

3.     The jury finds the total amount of damages, which fairly and reasonably compensates the Plaintiff to be as follows:

_____          $_____
Write in Words                                          Figures

### B.     ROBERT DOUCETTE

4.     Did the Plaintiff Robert Doucette suffer a loss of consortium as a result of his wife's injuries.
Yes _____          No _____

5.     Was the negligence of the Defendant a proximate cause of the Plaintiff Robert Doucette's loss of consortium?

Yes _____          No _____

6.      The jury finds the total amount of damages, which fairly and reasonably compensates the Plaintiff to be as follows:

_____          $_____

Write in Words                                                  Figures


## C. __CHRISTOPHER DOUCETTE, SEAN DOUCETTE AND PATRICK DOUCETTE__


7.      Did the Plaintiffs Christopher Doucette, Sean Doucette and Patrick Doucette suffer a loss of consortium as a result of their mother's injuries.

                                        Yes _____              No _____


8.      Was the negligence of the Defendant a proximate cause of the Plaintiffs Christopher Doucette, Sean Doucette and Patrick Doucette  loss of consortium?

                                        Yes _____              No _____


9.      The jury finds the total amount of damages, which fairly and reasonably compensates the Plaintiffs to be as follows:

_____          $_____

Write in Words                                                  Figures


DATED:_____               _____

                                        Foreman/Forelady of Jury