UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TARAMATTIE DOUCETTE, )<br>ROBERT DOUCETTE, INDIVIDUALLY )<br>AND AS NEXT FRIEND OF CHRISTROPHER )<br>DOUCETTE, SEAN DOUCETTE AND )<br>PATRICK DOUCETTE, )<br>          PLAINTIFFS )<br>V. )<br>  )<br>PANERA, INC., )<br>          DEFENDANT ) | CIVIL ACTION NO. 04-10960-PBS |

**REQUEST OF THE DEFENDANT FOR**
**VOIR DIRE QUESTIONS TO THE JURORS**

Now comes the defendant, Panera, Inc. and respectfully requests that this Court ask the prospective jurors the following questions prior to empanelment:

1. Have you or a family member or close personal friend ever been a Plaintiff in a civil case?

2. Have you a family member or close personal friend ever been employed by or represented by Greater Boston Legal Services.

3. Have you or a family member or a close personal friend ever suffered a second or third degree burn?

If so, in what capacity? If so, would that employment or experience interfere with your ability to hear the evidence in this case and render a verdict fairly, impartially and solely on the basis of the evidence?

4. If your answer to Question 1, 2, or 3, is "yes", will your employment or dealings with regard to that issue cause you to disbelieve the testimony of one against whom a claim is made? Would you be more inclined to believe the testimony of the claimant than the one against whom a claim is made? If your answer to Question 1, 2, or 3, is "yes", would your

      employment or dealings with that issue interfere with your ability to hear the evidence in this case and render a verdict fairly, impartially and solely on the basis of the evidence?

5.     Are you aware of any facts or circumstances which could bias or prejudice you in any way as a juror in this case?

                    Respectfully submitted,
                    PANERA, INC.
                    By its attorneys,

                    _____
                    Christopher J. Sullivan, BBO# 545137
                    DAVIS, WHITE & SULLIVAN, LLC
                    One Longfellow Place, Suite 3609
                    Boston, MA  02114
                    (617) 720-4060

Dated: _____