UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TARAMATTIE DOUCETTE, )<br>ROBERT DOUCETTE, INDIVIDUALLY )<br>AND AS NEXT FRIEND OF CHRISTROPHER )<br>DOUCETTE, SEAN DOUCETTE AND )<br>PATRICK DOUCETTE, )<br>        PLAINTIFFS )<br>V. )<br>    )<br>PANERA, INC., )<br>        DEFENDANT )<br>    ) | CIVIL ACTION NO. 04-10960-PBS |

## DEFENDANT'S EXHIBIT LIST

The Defendant expects to submit the following exhibits at trial:

1. Plaintiff's Employment Records from Boston Legal Services, Inc., Boston, MA

2. Photograph of Plaintiff's foot taken at deposition of the Plaintiff on November 19, 2004.

3. Complete Medical Record of Plaintiff from Harvard Community Health Plan, Peabody, MA

4. Complete Medical Record of Plaintiff from Salem Visiting Nurse Association, Salem, MA.

5. Complete Medical Record of North Shore Medical Center, Salem, MA

6. Suffolk County Probate divorce records of Plaintiff Taramattie Doucette and Robert Doucette

7. Medical bills of the Plaintiff from North Shore Medical Center, Harvard Community Health Plan, Salem Visiting Nurses Association, Dr. Kenneth C. Gorson and Dr. David Crowley

        Respectfully submitted,
        PANERA, INC.
        By its attorneys,

        Christopher J. Sullivan, BBO# 545137
        DAVIS, WHITE & SULLIVAN, LLC
        One Longfellow Place, Suite 3609
        Boston, MA  02114
        (617) 720-4060

Dated: _____