UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TARAMATTIE DOUCETTE, )<br>ROBERT DOUCETTE, INDIVIDUALLY )<br>AND AS NEXT FRIEND OF CHRISTROPHER )<br>DOUCETTE, SEAN DOUCETTE AND )<br>PATRICK DOUCETTE, )<br>              PLAINTIFFS )<br>V. )<br>   )<br>PANERA, INC., )<br>              DEFENDANT )<br>   ) | CIVIL ACTION NO. 04-10960-PBS |

### DEFENDANT'S WITNESS LIST

The Defendant expects to call the following witnesses at trial:

1. Paula Hovey, R.N.
   VNA of Greater Salem
   800 Cummings Center, Suite 166S
   Beverly, MA 01915

2. Joseph G. D'Alton, M.D.
   463 Worcester Road
   Framingham, MA 01701

3. Keeper of Records
   Greater Boston Legal Services, Inc.
   Boston, MA 02114

4. Keeper of Records
   Harvard Community Health Plan
   Peabody, MA 01960

5. Keepr of Records
   Visiting Nurse Association of Greater Salem
   Beverly, MA 01915

6. Keeper of Records
   North Shore Medical Center
   57 Highland Avenue
   Salem, MA 01970

Respectfully submitted,
PANERA, INC.
By its attorneys,

_____
Christopher J. Sullivan, BBO# 545137
DAVIS, WHITE & SULLIVAN, LLC
One Longfellow Place, Suite 3609
Boston, MA  02114
(617) 720-4060

Dated: _____