UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TARAMATTIE DOUCETTE,
ROBERT DOUCETTE, INDIVIDUALLY
AND AS NEXT FRIEND OF SEAN
DOUCETTE, CHRISTOPHER DOUCETTE
AND PATRICK DOUCETTE,
                PLAINTIFFS

VS.                            CIVIL ACTION NO. 04-10960-RBC

PANERA, INC.,
                DEFENDANT

## DEFENDANT'S MOTION IN LIMINE TO PRECLUDE INTRODUCTION OF INSURANCE COVERAGE

Now comes the defendant, Panera, Inc. and hereby moves this Honorable Court to preclude the plaintiff in the above-captioned case from referring to or attempting to admit into evidence the following:

(1) any and all insurance policies providing insurance coverage for the defendant in this action; and

(2) any testimony regarding insurance coverage for the defendant in this action and the amount of each such coverage.

As grounds therefore, the defendant states that any information regarding insurance coverage for the defendant which may be referred to or entered into evidence during the trial of this matter is irrelevant to the liability of the defendant and would unfairly prejudice the defendant in this action.

## LEGAL STANDARD

Evidence of insurance coverage is not admissible to prove negligence or liability. *See Goldstein v. Gontarz*, 364 Mass. 800, 309 N.E.2d 196 (1974); *Shore v.*

*Shore*, 385 Mass. 529, 432 N.E. 2d 526 (1982).  This exclusion includes evidence offered by a plaintiff that the defendant is insured in whole or in part for liability coverage or for property damage.  *Goldstein v. Gontarz*, *supra*, *Shore v. Shore, supra*.

WHEREFORE, the defendant, Panera, Inc. respectfully moves this Honorable Court to preclude the plaintiff from referring to or attempting to admit into evidence any information or documentation regarding insurance coverage for the defendant in the above-captioned case.

                                               Respectfully Submitted,

                                               DAVIS, WHITE & SULLIVAN, LLC
                                               Counsel for Defendant, Panera, Inc.

                                               <u>/s/ Christopher J. Sullivan</u>
                                               Christopher J. Sullivan, BBO# 545137
                                               Joseph A. Merlino, BBO# 648647
                                               DAVIS, WHITE & SULLIVAN, LLC
                                               One Longfellow Place, Suite 3609
                                               Boston, Massachusetts 02114
DATED: October 1, 2005                   (617) 720-4060