UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TARAMATTIE DOUCETTE,
ROBERT DOUCETTE, INDIVIDUALLY
AND AS NEXT FRIEND OF SEAN
DOUCETTE, CHRISTOPHER DOUCETTE
AND PATRICK DOUCETTE,
                PLAINTIFFS

VS.                                      CIVIL ACTION NO. 04-10960-RBC

PANERA, INC.,
                DEFENDANT

## STIPULATED FACTS TO BE READ TO THE JURY BY THE COURT

Now comes the defendant and submits the following stipulated facts to be read to the jury by the Court:

- At all times relevant, including November 10, 2001, defendant was responsible for the operation of the Panera Bread Restaurant in Swampscott, MA;

- On November 10, 2001, at approximately 11 a.m., Brandon Sakurai dropped the canister on the floor at the Panera restaurant, the top came off the canister, and the hot coffee splashed out of the canister onto the right ankle and foot of Taramattie Doucette;

- The coffee in the canister that Brandon Sakurai was carrying was at a temperature of 197 degrees, plus or minus 3 degrees, Fahrenheit;

- The hot coffee that splashed from the canister caused first and second degree burns on Taramattie Doucette's right ankle and foot.

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | DAVIS, WHITE & SULLIVAN, LLC<br>Counsel for Defendant, Panera, Inc. |
|  | /s/ Christopher J. Sullivan<br>Christopher J. Sullivan, BBO# 545137<br>Joseph A. Merlino, BBO# 648647<br>DAVIS, WHITE & SULLIVAN, LLC<br>One Longfellow Place, Suite 3609<br>Boston, Massachusetts 02114 |
| DATED: October 1, 2005 | (617) 720-4060 |