UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TARAMATTIE DOUCDETTE,
ROBERT DOUCETTE, INDIVIDUALLY
AND AS NEXT FRIEND OF CHRISTOPHER
DOUCETTE, SEAN DOUCETTE, AND
PATRICK DOUCETTE,
     PLAINTIFFS

VS.                           CIVIL ACTION NO. 04-10960-RBC

PANERA, INC.,
     DEFENDANT

### PLAINTIFFS' MOTION IN LIMINE FOR ORDER PREVENTING THE THE DEFENDANT FROM ARGUING ABOUT NEGLIGENCE

Now come the plaintiffs and move this Honorable Court in limine to order that the defendant shall refrain from making any statement or argument to the jury regarding the basis for the defendant's liability. As grounds, the plaintiffs state that the Court, in its ruling of September 26, 2005, ordered the plaintiffs not to argue negligence, since the defendant has admitted liability. By the same token, the defendant should not be allowed to comment or argue that its liability rests simply on the fact that its employee dropped a canister of hot coffee. The plaintiffs have been precluded from arguing that the defendant's system of providing coffee to its coffee stations was unreasonably hazardous, and the defendant should be precluded from arguing, in effect, that its only liability came through vicarious liability for its employee's negligence. If the defendant is not precluded from arguing that it was simply it's employee's fault, the defendant will be allowed to choose the theory of liability upon which the plaintiffs must try their case. This goes well beyond what the defendant is allowed to accomplish by admitting to liability.

Respectfully submitted,

For the plaintiffs

*/s/ Margaret G. Barmack*

Margaret G. Barmack
BBO No. 029660
Barmack & Boggs
41 Ocean Street
Lynn, MA 01902
Tel. 781-596-2540

Certificate of Service

I, Margaret G. Barmack, hereby certify that the within motion in limine was served on the defendant by facsimile, email and mailing postage paid on even date to Atty. Christopher Sullivan, at Davis, White & Sullivan, One Longfellow Place, Suite 3609, Boston, MA 02114.

Date: 9/30/05

*/s/ Margaret G. Barmack*

Margaret G. Barmack