UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TARAMATTIE DOUCDETTE,
ROBERT DOUCETTE, INDIVIDUALLY
AND AS NEXT FRIEND OF CHRISTOPHER
DOUCETTE, SEAN DOUCETTE, AND
PATRICK DOUCETTE,
        PLAINTIFFS

VS.                                   CIVIL ACTION NO. 04-10960-RBC

PANERA, INC.,
        DEFENDANT

## PLAINTIFFS' PROPOSED JURY VERDICT SLIP

Now come the plaintiffs to propose the following form of jury verdict slip:

1. The jury finds damages for Taramattie Doucette in the amount of $_____.

2. The jury finds damages for Robert Doucette in the amount of $_____.

3. The jury finds damages for Patrick Doucette in the amount of $_____.

4. The jury finds damages for Christopher Doucette in the amount of $_____.

5. The jury finds damages for Sean Doucette in the amount of $_____.

Respectfully submitted,

For the plaintiffs

*Margaret G. Barmack* (signature)
Margaret G. Barmack
BBO No. 029660
Barmack & Boggs
41 Ocean Street
Lynn, MA 01902
Tel. 781-596-2540

## Certificate of Service

I, Margaret G. Barmack, hereby certify that the within motion in limine was served on the defendant by facsimile, email and mailing postage paid on even date to Atty. Christopher Sullivan, at Davis, White & Sullivan, One Longfellow Place, Suite 3609, Boston, MA 02114.

Date: 9/30/05

_____
Margaret G. Barmack