FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 SEP 30 P 1:48

U.S. DISTRICT COURT
DISTRICT OF MASS.

TARAMATTIE DOUCDETTE,
ROBERT DOUCETTE, INDIVIDUALLY
AND AS NEXT FRIEND OF CHRISTOPHER
DOUCETTE, SEAN DOUCETTE, AND
PATRICK DOUCETTE,
      PLAINTIFFS

VS.                                     CIVIL ACTION NO. 04-10960-RBC

PANERA, INC.,
      DEFENDANT

## PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS

The plaintiffs propose that the Court make the following inquiries of potential jurors:

1. Have you, or any of your friends or family, ever been employed by the defendant Panera, Inc. or at a Panera Bread restaurant?

2. Have you, or any of your friends or family, ever owned or managed a restaurant; not only a Panera Bread restaurant?

3. Have you, or any of your friends or family, ever suffered a severe burn?

4. Has anyone ever made a claim against you or any member of your family seeking damages as a result of any claimed negligence on your part?

5. Does any of you have any feelings based on any personal philosophy or religious belief that would prevent you from bringing a lawsuit for personal injuries received by you?

6. Does any of you have any feelings or beliefs concerning the law which permits a person to sue for legitimate damages for injuries and losses sustained through the fault of another?

7. Does any of you have any personal feelings or religious beliefs that would prohibit you or prevent you from awarding money damages for pain and suffering to an injured person who seeks the protection of our courts?

8. Does any of you feel that pain and suffering is of any less importance than purely financial loss?

9. Does any of you know of any reason that you could not be a fair and impartial juror for both sides in this case?

10. Is there any reason you could not award a verdict in favor of Robert Doucette for loss of consortium and intimate marital relations with his wife, due to her injuries, if the evidence established that he had such losses?

11. Is there any reason you could not award a verdict in favor of Christopher, Sean and Patrick Doucette for loss of their mother's consortium, due to her injuries, if the evidence established that they had such losses?

Respectfully submitted,

For the plaintiffs

/s/ Margaret G. Barmack

Margaret G. Barmack
BBO No. 029660
Barmack & Boggs
41 Ocean Street
Lynn, MA 01902
Tel. 781-596-2540

## Certificate of Service

I, Margaret G. Barmack, hereby certify that the within proposed voir dire questions were served on the defendant by facsimile, email and mailing postage paid on even date to Atty. Christopher Sullivan, at Davis, White & Sullivan, One Longfellow Place, Suite 3609, Boston, MA 02114.

Date: 9/30/05

Margaret G. Barmack