UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



TARAMATTIE DOUCETTE,
ROBERT DOUCETTE, INDIVIDUALLY
AND AS NEXT FRIEND OF SEAN
DOUCETTE, CHRISTOPHER DOUCETTE
AND PATRICK DOUCETTE,
          PLAINTIFFS

VS.                        CIVIL ACTION NO. 10960-RBC

PANERA, INC.,
          DEFENDANT

## CERTIFICATE OF SERVICE

I, Christopher J. Sullivan, counsel for the Defendant, Panera, Inc., do hereby certify that I served the following:

1. Opposition to Plaintiff's Motion in Limine Regarding Testimony of Paula Hovey, R.N. and Motion to Exclude Medical Record
2. Opposition to Plaintiff's Motion in Limine Regarding Reference to Special Damages
3. Opposition to Plaintiff's Motion in Limine Regarding Defendant's Medical Expert, Dr. Joseph Gerard D'Alton, Jr.
4. Opposition to Plaintiff's Designation of Portions of Deposition Testimony of Brandon Sakurai to be Read to the Jury
5. Defendant's Motion in Limine to Exclude Testimony of Yakov Klyachman Regarding Practices and Procedures at Panera Bread
6. Defendant's Motion in Limine to Exclude Testimony of Susan Burke Regarding Safety Location and the Size of Coffee Thermoses at Panera Bread and any Expert Medical Opinions

by first class mail, postage prepaid, to the following:

Margaret G. Barmack, Esq.
Barmack & Boggs
41 Ocean Street
Lynn, MA 01902

                                          For the Defendant,
By its attorneys,

*/s/ Christopher J. Sullivan*

Christopher J. Sullivan – BBO # 548137
Joseph A. Merlino – BBO # 648647
Davis, White & Sullivan, LLC
One Longfellow Place, Suite 3609
Boston, MA  02114
(617) 720-4060

Dated:  September 28, 2005