UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TARAMATTIE DOUCETTE,
ROBERT DOUCETTE, INDIVIDUALLY
AND AS NEXT FRIEND OF SEAN
DOUCETTE, CHRISTOPHER DOUCETTE
AND PATRICK DOUCETTE,
                PLAINTIFFS

VS.                                  CIVIL ACTION NO. 04-10960-RBC

PANERA, INC.,
                DEFENDANT

## DEFENDANT PANERA INC.'S DISCLOSURE OF SUPPLEMENTAL INFORMATION RELATIVE TO EXPERT WITNESS PURSUANT TO F.R.C.P. 26(a)(2)

Now comes the defendant Panera, Inc. pursuant to F.R.C.P. 26(a)(2) hereby discloses as its expert witness Joseph Gerard D'Alton, MD. Pursuant to the Court's request, the defendant supplements its Expert Disclosure with a report prepared by Dr. D'Alton relating to the latest medical records obtained through Harvard Community Health Plan. (See Exhibit A, Letter from Dr. D'Alton dated October 5, 2005)

                                          Respectfully Submitted,
                                          DAVIS, WHITE & SULLIVAN, LLC
                                          Counsel for Defendant, Panera, Inc.

                                          _____
                                          Christopher J. Sullivan, BBO# 545137
                                          Joseph A. Merlino, BBO# 648647
                                          DAVIS, WHITE & SULLIVAN, LLC
                                          One Longfellow Place, Suite 3609
                                          Boston, Massachusetts 02114
                                          (617) 720-4060

## **CERTIFICATE OF SERVICE**

      I, Christopher Sullivan, counsel for the defendant Panera, Inc., do hereby certify on October 5, 2005, I served the within documents on all parties of interest, by facsimile to:

Margaret G. Barmack, Esq.
Barmack & Boggs
41 Ocean Street
Lynn, MA 01902

                                                   _____
                                                   Christopher J. Sullivan, BBO# 545137