FILED IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 OCT -5  A 8:44

U.S. DISTRICT COURT
DISTRICT OF MASS.

TARAMATTIE DOUCETTE,
ROBERT DOUCETTE, INDIVIDUALLY
AND AS NEXT FRIEND OF CHRISTOPHER
DOUCETTE, SEAN DOUCETTE, AND
PATRICK DOUCETTE,
      PLAINTIFFS

VS.                         CIVIL ACTION NO. 04-10960-RBC

PANERA, INC.,
      DEFENDANT

**PLAINTIFFS' MOTION IN LIMINE REGARDING THE DEFENDANT'S
EXAMINATION OF ITS MEDICAL EXPERT**

*DENIED as moot* [handwritten annotation] OCT - 6 2005

Now come the plaintiffs and move this Honorable Court in limine for an order preventing the defendant from eliciting any testimony from its medical expert, Dr. Joseph G. D'Alton, regarding the plaintiff's medical records from Harvard Vanguard during the 1990's, which the defendant used for cross-examination of the plaintiffs' medical expert, Dr. Schulz, and state as grounds that Dr. D'Alton made no reference to these records in the defendant's Expert Disclosure of May, 2005, or in Dr. D'Alton's follow-up report in June, 2005; and further, that the defendant never disclosed to the plaintiffs that it possessed such records, or that it intended to use such records at trial.

Pursuant to Fed.R.Civ.P. 26(a)(3), "Pretrial Disclosures," the defendant was required to disclose to the plaintiffs, at least 30 days before trial, "each document or other exhibit…separately identifying those which the party expects to offer and those which the party may offer if the need arises." The only exception to this requirement

DATE 10/5/05
N. Rose
Deputy Clerk

is when the party plans to use a document "solely for impeachment." Clearly, direct examination of the defendant's own expert does not fall within this exception.

Respectfully submitted,

For the plaintiffs

*/s/ Margaret G. Barmack*
Margaret G. Barmack
BBO No. 029660
Barmack & Boggs
41 Ocean Street
Lynn, MA 01902
Tel. 781-596-2540

### Certificate of Service

I, Margaret G. Barmack, hereby certify that the within motion in limine was served on the defendant by delivery in hand at Court on even date to Atty. Christopher Sullivan, at Davis, White & Sullivan, One Longfellow Place, Suite 3609, Boston, MA 02114.

Date: 10/5/05

*/s/ Margaret G. Barmack*
Margaret G. Barmack