# United States District Court
# District of Massachusetts

TARAMATTIE DOUCETTE,
ROBERT DOUCETTE, Individually
   And As Next Friend of
      CHRISTOPHER DOUCETTE,
      SEAN DOUCETTE,
      PATRICK DOUCETTE,
        Plaintiffs,

      v.          CIVIL ACTION NO. 2004-10960-RBC

PANERA, INC.,
      Defendant.

## JURY VERDICT

*Claim of Taramattie Doucette - Damages*

1. What amount of compensatory damages do you award the plaintiff, Taramattie Doucette, for the pain and suffering and the loss of enjoyment of life which you find were proximately caused by the accident November 10, 2001 at the defendant, Panera, Inc.'s restaurant in Swampscott, Massachusetts?

    Answer: $ __$10,000__ (Indicate amount)

## Claim of Robert Doucette

2. Has the plaintiff, Robert Doucette, proven by a preponderance of the evidence that he has suffered a loss of consortium with his wife, Taramattie Doucette, as a result of the accident occurring on November 10, 2001 at the defendant, Panera, Inc.'s restaurant in Swampscott, Massachusetts?

   Answer: ___NO___   (Yes or No)

3. If the answer to Question # 2 is in the affirmative, what is the amount of damages you award to the plaintiff, Robert Doucette, for the loss of consortium with his wife, Taramattie Doucette, which was proximately caused by the accident occurring on November 10, 2001 at the defendant, Panera, Inc.'s restaurant in Swampscott, Massachusetts?

   Answer: $___0___ (Indicate amount)

## Claim of Sean Doucette

4. Has the plaintiff, Robert Doucette, proven by a preponderance of the evidence that Sean Doucette has suffered a loss of parental companionship with his mother, Taramattie Doucette, as a result of the accident occurring on November 10, 2001 at the defendant, Panera, Inc.'s restaurant in Swampscott, Massachusetts?

   Answer: ___NO___   (Yes or No)

2

5.  If the answer to Question # 4 is in the affirmative, what is the amount of damages you award to the plaintiff, Robert Doucette, for the loss of parental companionship with his mother suffered by Sean Doucette which was proximately caused by the accident occurring on November 10, 2001 at the defendant, Panera, Inc.'s restaurant in Swampscott, Massachusetts?

### Claim of Christopher Doucette

6.  Has the plaintiff, Robert Doucette, proven by a preponderance of the evidence that Christopher Doucette has suffered a loss of parental companionship with his mother, Taramattie Doucette, as a result of the accident occurring on November 10, 2001 at the defendant, Panera, Inc.'s restaurant in Swampscott, Massachusetts?

    Answer: _____NO_____ (Yes or (No))

7.  If the answer to Question # 6 is in the affirmative, what is the amount of damages you award to the plaintiff, Robert Doucette, for the loss of parental companionship with his mother suffered by Christopher Doucette which was proximately caused by the accident occurring on November 10, 2001 at the defendant, Panera, Inc.'s restaurant in Swampscott, Massachusetts?

    Answer: $_____∅_____ (Indicate amount)

*Claim of Patrick Doucette*

8. Has the plaintiff, Robert Doucette, proven by a preponderance of the evidence that Patrick Doucette has suffered a loss of parental companionship with his mother, Taramattie Doucette, as a result of the accident occurring on November 10, 2001 at the defendant, Panera, Inc.'s restaurant in Swampscott, Massachusetts?

   Answer: _____NO_____ (Yes or (No))

9. If the answer to Question # 8 is in the affirmative, what is the amount of damages you award to the plaintiff, Robert Doucette, for the loss of parental companionship with his mother suffered by Patrick Doucette which was proximately caused by the accident occurring on November 10, 2001 at the defendant, Panera, Inc.'s restaurant in Swampscott, Massachusetts?

   Answer: $_____0_____ (Indicate amount)

   _____Paul Pilkington_____
   Foreperson of the Jury

Date: _Oct. 6, 2005_