UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TARAMATTIE DOUCETTE,
ROBERT DOUCETTE, INDIVIDUALLY
AND AS NEXT FRIEND OF SEAN
DOUCETTE, CHRISTOPHER DOUCETTE
AND PATRICK DOUCETTE,
               PLAINTIFFS

VS.                                     CIVIL ACTION NO. 04-10960-RBC

PANERA, INC.,
               DEFENDANT

### DEFENDANT, PANERA, INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW AT THE CLOSE OF THE PLAINTIFFS' EVIDENCE

Now comes the defendant, Panera, Inc. and moves this Honorable Court pursuant to Rule 50(a) of the Federal Rules of Civil Procedure for a judgment in their favor on Counts III, IV and V of the Plaintiffs' Amended Complaint.

As grounds for this Motion, the defendant states the following:

**COUNT III**      **CHRISTOPHER DOUCETTE'S DAMAGES FOR LOSS OF CONSORTIUM**

1. The Plaintiff Christopher Doucette did not testify to his damages nor was he present for trial;

2. Other than vague references to Plaintiff Christopher Doucette being upset after Plaintiff Taramattie Doucette was burned and his presence at the accident scene, there is no evidence Plaintiff Christopher Doucette suffered any injury, either emotional or physical in nature;

3. The plaintiffs have failed to provide deposition testimony, answers to Interrogatories or medical documentation that support a claim for loss of companionship and society on behalf of Plaintiff Christopher Doucette;

4. The plaintiffs have failed to provide expert testimony relating to emotional of physical harm the Plaintiff Christopher Doucette experienced as a result of the accident with Plaintiff Taramattie Doucette;

*[Stamped: DENIED / OCT - 5 2005]*

5. The plaintiffs have failed to establish a prima facie case for Plaintiff Christopher Doucette's claims for loss of companionship and society as defined in Ferriter v. Daniel O'Connell's Sons, Inc. 281 Mass. 507, 413 N.E.2d 690, (1980).

**COUNT IV**      **SEAN DOUCETTE'S DAMAGES FOR LOSS OF CONSORTIUM**

6. The Plaintiff Sean Doucette did not testify to his damages nor was he present for trial;

7. The plaintiffs have failed to provide deposition testimony, answers to Interrogatories or medical documentation that support a claim for loss of companionship and society on behalf of Plaintiff Sean Doucette;

8. The plaintiffs have failed to provide expert testimony relating to emotional of physical harm the Plaintiff Sean Doucette experienced as a result of the accident with Plaintiff Taramattie Doucette;

9. The plaintiffs have failed to establish a prima facie case for Plaintiff Sean Doucette's claims for loss of companionship and society as defined in Ferriter v. Daniel O'Connell's Sons, Inc. 281 Mass. 507, 413 N.E.2d 690, (1980).

**COUNT V**      **PATRICK DOUCETTE'S DAMAGES FOR LOSS OF CONSORTIUM**

10. The Plaintiff Patrick Doucette did not testify to his damages nor was he present for trial;

11. The plaintiffs have failed to provide deposition testimony, answers to Interrogatories or medical documentation that support a claim for loss of companionship and society on behalf of Plaintiff Patrick Doucette;

12. The plaintiffs have failed to provide expert testimony relating to emotional of physical harm the Plaintiff Patrick Doucette experienced as a result of the accident with Plaintiff Taramattie Doucette;

13. The plaintiffs have failed to establish a prima facie case for Plaintiff Patrick Doucette's claims for loss of companionship and society as

defined in <u>Ferriter v. Daniel O'Connell's Sons, Inc.</u> 281 Mass. 507, 413 N.E.2d 690, (1980).

**WHEREFORE**, the defendant, Panera, Inc., respectfully move this Honorable Court pursuant to Rule 50(a), Fed. R. Civ. P. to enter judgment in its favor on Counts III, IV and V of the Plaintiffs' Amended Complaint, together with costs and other relief this Court deems appropriate under the circumstances.

Respectfully Submitted,

DAVIS, WHITE & SULLIVAN, LLC
Counsel for Defendant, Panera, Inc.

Christopher J. Sullivan, BBO# 545137
Joseph A. Merlino, BBO# 648647
DAVIS, WHITE & SULLIVAN, LLC
One Longfellow Place, Suite 3609
Boston, Massachusetts 02114
(617) 720-4060

DATED: October 5, 2005