UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TARAMATTIE DOUCETTE,
ROBERT DOUCETTE, INDIVIDUALLY
AND AS NEXT FRIEND OF SEAN
DOUCETTE, CHRISTOPHER DOUCETTE
AND PATRICK DOUCETTE,
        PLAINTIFFS

VS.                          CIVIL ACTION NO. 04-10960-RBC

PANERA, INC.,
        DEFENDANT

## AFFIDAVIT OF JOSEPH A. MERLINO

I,    Joseph A. Merlino, co-counsel for Panera, Inc., depose and state:

1.    I am an attorney duly licensed to practice law in the United States District Court of Massachusetts and in the Commonwealth of Massachusetts. I am employed by the law firm of Davis, White & Sullivan, L.L.C.

2.    The firm of Davis, White & Sullivan, LLC represents Panera, Inc. in the above-captioned action.

3.    Paula C. Hovey is a registered nurse who provided medical care for the plaintiff. Ms. Hovey was served a subpoena to appear for trial on behalf of the defendant, Panera, Inc. Our office was notified by Partners Home Care that Ms. Hovey was on notice of the trial and despite being on medical leave, would be present.

4.    On October 4, 2005, I spoke to Karen Kitson, Performance, Compliance and Quality Manager at Partners Home Care in order to confirm Ms. Hovey's appearance. She informed me Ms. Hovey is still on medical leave and that her conditioned had worsened. Ms. Kitson explained Ms. Hovey was going to the emergency room in order to obtain stronger medication for her present illness and would not be available for trial on Wednesday, October 5, 2005.

Signed under the penalties of perjury this 4th day of October, 2005.

_____
JOSEPH A. MERLINO

UNITED STATES DISTRICT COURT
DIST. OF MASS.

FILED IN OPEN COURT

DATE __10/5/05__

__N. Russo__
Deputy Clerk