# United States District Court
# District of Massachusetts

TARAMATTIE DOUCETTE,
ROBERT DOUCETTE, Individually
   And As Next Friend of
      CHRISTOPHER DOUCETTE,
      SEAN DOUCETTE,
      PATRICK DOUCETTE,
    Plaintiffs,

v.                     CIVIL ACTION NO.
                                        2004-10960-RBC

PANERA, INC.,
    Defendant.

## JUDGMENT

COLLINGS, U.S.M.J.

    This case came on for jury trial, the Honorable Robert B. Collings presiding. The jury having rendered its verdict,

    IT IS ORDERED AND ADJUDGED:

    Judgment for the plaintiff, Taramattie Doucette, in the amount of ten thousand dollars ($10,000.00) plus interest at the rate of 12% from May 13, 2004 in the amount of one thousand six hundred eighty-six dollars and sixty cents ($1,686.60) for a total of eleven

thousand six hundred eighty-six dollars and sixty cents ($11,686.60) on Count I of the Complaint.

Judgment for the defendant, Panera, Inc., on Counts II, III, IV and V.

The plaintiff, Taramattie Doucette, shall recover her costs.

                                        SARAH ALLISON THORNTON,
                                        Clerk of Court

                                        By: *Nancy Irwin*
                                        Nancy Irwin
                                        Deputy Clerk

Dated at Boston, Massachusetts
this 6TH day of October, 2005.