| VNA of Greater Salem Nursing Progress Report | | Patient Name: Doucette |
|---|---|---|
| ☐ PRN (state reason) | Payor: ☐ MC  ☐ MCaid | ID#: 317713 — Jeannette |
| Insurance Change ☐ Yes ☑ No | ☐ SH  ☐ Tufts ☐ Other | Date: 11/15/01  Time In: 2 pm |

1. Subjective Findings _____

2. Objective Findings  Pt in bed c̄ Leg ↑, dsg intact ® ft c̄ serous drainage noted

### A. SKILLED OBSERVATIONS/EVALUATION

| Temp. unable to po v tpr | Blood Pressure R / L | Cough ☐  Sputum ☐ | Edema R L | IV access site loc: / |
|---|---|---|---|---|
| AP/RR /o ↓ this pm 2° | | SOB ☐ denies Dyspnea ☐  ☐ Chest Pain  ☐ Narrative | Calf ↓/↓ cm  Ankle ↓/↓ cm  Instep ↓/↓ cm | IV access site appear: / Type: Dressing Change due: |
| Rhythm drinking | Lung Sounds R / L | O² Sat ___ RA ___ Act ___ Rest  O² L/min ___ | Endocrine ☑ N/A ☐ Narrative  FBS ___ RBS ___ Hrs.PP ___  Glucose Monitoring Pt/SO/VNA (circle one) | Labs Drawn: n/a  Venipuncture site: |
| Resp. Rate | fluids c̄ present | | | |

| B. ☐ Wound Treatment | C. Medications | E. Nutrition: ☑ Adequate |
|---|---|---|
| location ___ size cm ___ appearance ___ | ☐ Prefill (Pt)/Fam/VNA/Independent  Other ___  Compliance ☑ Yes ☐ No | Jan. ☐ Narrative Weight ___ c̄ fluids |
| Drainage - amount ___ color ___ odor below | D. Elimination: ☑ N/A Last BM ___  Incontinence: Bowel/Bladder  Foley: ___ fr ___ cc balloon  Change due ___ | F. Homebound Status ✓ activity, amb c̄ crutches c̄ |
| Stage ___ | | Safety ☑ N/A ☐ Narrative PWB status dt bur |

G. Neuro: ☑ Alert ☑ Oriented ☐ Forgetful ☐ Confused ☐ Narrative

H. Pain: ☐ N/A ☐ Location ® ft c̄ d̄ burn  Level 0 1 2 3 4 5 6 (7) (8) 9 10  Relief Measures Dilaudid +
Precipitating Factors ___

4. ASSESSMENT/SKILLED INTERVENTIONS/PROCEDURES: Wound\Skin Care per order dated  ES Tylenol 9 6° prn
☐ Neuro Assess  ☐ Cardiac Assess  ☐ Respiratory Assess  ☐ GI/GU Assess  ☐ Endocrine Assess
☐ Management/evaluation of care plan  ☐ HHA Supervision  ☐ IV Admin/flush per POC

Alt in Skin Integ - dsg Δ to burn ® ft. Cleansed c̄ NS, Silvadene applied. Telfa dsg c̄ Kerlix wrap. Burn, blister on outer ft part drained. Inner tissue pink clean c̄ granulation tissue + s/s ___

Recall of Teaching from last visit: inf - Lg serous drainage - (gd recall) from outer burn - blister remains intact

New Teaching: Reviewed POC - disease process, pain mgt, c̄ fluids, PWB - use crutches. Advance diet grad'd° fair/poor intake — toast, soup etc.  Learner: Pt
Method: ☐ Verbal ☐ Written ☐ Demo ☐ Ret. Demo

Outcome/goals reviewed: 1. Burn to heal c̄ inf.  Code 4, 1

2. ___  Code ___

Code Key: 1. Further Instruction Required  2. Instruction Complete  3. Return Demonstration
4. Verbalizes Understanding  5. Goal Revised  6. Goal Achieved

5. PLAN FOR NEXT VISIT: dsg Δ to ® ft, assess pain

CLIENT/CAREGIVER AGREE WITH PLAN OF CARE  Yes☑ No☐  PLAN OF CARE UPDATE  Yes☐ No☑

6. COMMUNICATION: ☐ MD/NP  ☐ New Orders  ☐ PT/OT/ST  ☐ Psych/MSW  ☐ HHA/Priv.Duty
☐ Comm.Res.  ☐ Insurance  ☐ Nutrition  ☐ Family/SO  ☐ Primary Clinician

Long discussion c̄ pt + sp re healing process, observed healthy tissue, granulation tissue, s/s inf to report

Patient Signature: X Jeannette Doucette  Next MD Appt: 4/12

Signature: Paula C. Hansen RN  TIME OUT: 2:30

## Pain Assessment

Patient label here
Last name: Doucette
First name: Faramatta
ID#: 31773
SOC: 11.13.01

Date: 11/12/01

Complete form: (On admission), ROC, recert, D/C.
All other assessments to be documented on existing progress notes.

What pain scale is being used?: ☑ VAS (0 -10)   ☐ Wong-Baker
Other _____

A. Does patient have any type of pain? ☑ Yes  ☐ No
   If yes: continue

B. Location of pain: L° knee, R ft
   (Will need to use progress note if more than one source of pain)

C. Intensity of Pain       worst: 6
   (use same scale each    best: 5
   visit)

D. Frequency of pain:
   1. ☑ daily              ☐ several x wk        ☐ weekly
   2. ☑ constant           ☐ intermittent

E. Quality of Pain:  ☐ ache    ☐ dull     ☐ crampy
                     ☐ sharp   ☑ stabbing ☐ throbbing

F. Does pain effect ability to function: ☑ Yes  ☐ No
   If yes, indicate pain score below

   | | |
   |---|---|
   | 1. ADL's | 8 |
   | 2. Physical Activity | 8 |
   | 3. Eating/Food Prep | 5 |
   | 4. Rest/Sleep | 5 |
   | 5. Homemaking | 8 |

G. What relieves the pain?
   ☑ rest    ☐ exercise   ☑ medication
   ☐ heat    ☐ cold       ☑ relaxation
   Other: _____

H. Quality of Life
   Does pain effect:
   concentration/mood     ☑ Yes  ☐ No
   enjoyment of life      ☑ Yes  ☐ No
   appetite               ☑ Yes  ☐ No

I. Patient Goal:
   1. What level of pain is acceptable?
      0 – 10   2-3      Wong-Baker: ___
   2. Is pain relief an issue to be addressed
      during this episode of care? ☑ Yes  ☐ No
   3. What will improve function, activity level or
      Quality of Life?

* Put medications on med sheet
* Put outcomes on 485/487

Clinician Signature: Paula C. [illegible]

N:\CAROLB\OFFICE97\WRDSTART\WORDFORMS\Pain Assessment.doc
VNA:148   Originated 9/2001

WHITE COPY – MEDICAL RECORDS    YELLOW COPY – HOME RECORD