Printed on 2/25/2002 09:47 AM                                                                                Page

GOUCETTE, TARAMATTIE (881769)   Encounter Date: 11/28/01

possible. is an attorney and rolling herself around the office in her chair. looking for some guidance. will be at the above wk # until 5 pm.

**Encounter Routed To:**
Diagnoses: 949.0     BURN

Level of Service: TELEPHONE CALL: SIMPLE/BRIEF [99371A]

Encounter Closed By: WOODFIN RN, KATIE On 11/28/2001

---

## Office Visit (PSRGG)

**Visit Diagnosis:** BURN - 2ND DEGREE [949.2]

| Date | Provider | Department | Center |
|---|---|---|---|
| 11/19/01 | S127-JOHNSON, MAYO MD | PSRGG | PBY |

Place of Service: PEABODY-HARVARD VANGUARD

Additional Progress Notes:
  SEE DICTATION

**Transcription:**
Visit Note                    ID: 10843232          11/19/2001    5:05 PM
Author: JOHNSON, MAYO MD
Authenticated by JOHNSON, MAYO MD         on 11/20/2001 at 11:25 AM
Document text:

She was treated for the past week by the visiting nurse who gave her excellent service and now her wounds are all dry and epithelializing. There is still some dead skin from the large blister on lateral malleolar side, but this is forming a nice bandage and nothing further needs to be done. She does not need any more Silvadene and I have encouraged her to get right into the shower and wash the area with soap and water and to use her regular skin cream to soften the area. She also has a Jacuzzi which she can use when she gets her nerve up. I think she will heal fine with only minimal scarring and no functional loss. She is taking Motrin now for pain and feels happy about things.

ILS: 95357
D: Mon Nov 19 17:05:44 2001  11613609    T: Tue Nov 20 11:01:57 2001  10843232

Document 10843232 and addenda only
------------------------------------------------

GOUCETTE, TARAMATTIE (881769)   Encounter Date: 11/19/01