Printed on 2/25/2002 09:47 AM                                                    Page

DOUCETTE, TARAMATTIE (881769)    Encounter Date: 1/11/02

Encounter Closed By: WOODFIN RN, KATIE On 01/11/2002

## Urgent Care (PIMA)

**Visit Diagnosis:** BURN [949.0]

| Date | Provider | Department | Center |
|---|---|---|---|
| 11/30/01 | M575-MELTZER, JACK MD | PIMA | PBY |

Place of Service: PEABODY-HARVARD VANGUARD

Vitals: BP 110/72 | Pulse 62 | Temp 98.5

Additional Progress Notes:
  pt had burn on foot and comes in for eval. has some loose skin around burn area
  which catches on dressing and is painfull
  exam burn area healing well;no obvious infection;loose areas of dead skin were
  debrided and new dressing applied;pt will return if wound does not appear to be
  healing well

Level of Service: EST. PAT. L2, OFFICE VISIT [99212]

Encounter Closed By: MELTZER MD, JACK M On 11/30/2001

## Telephone (PIMA)

Incoming Call

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 1/28/01 | 11:56 AM | WOODFIN, KATIE RN[C121] | PIMA | PBY |

Contact: 617-603-1575 until 5 pm

Message:
  >> CALL RECEIVED. Contact: 617-603-1575 until 5 pm
  >> WOODFIN RN, KATIE    11/28/2001    11:58 am
  Foot is doing better, cont with some discomfort. Using OTC tyl for
  pain. Elevates foot when able, cont to use & debride. Will call for
  same day appt with PCP for f/u with in the week.

  Staff Message copied by WOODFIN RN, KATIE on 11/28/2001 at 11:56 AM
  ------
    Message from: NOLAN, DOREEN
      Regarding: donnelly
         Action: Call Patient Back
        Contact: 617-603-1575 until 5 pm

  pt went back to work yesterday, mon., but her burnt
  foot is very painful. doesn't feel that she needs to
  come in, but would like to speak w/a nurse for some
  tel. advice. she would like to continue working if

DOUCETTE, TARAMATTIE (881769)    Encounter Date: 11/28/01