**Caritas St. Elizabeth's Medical Center**

*Affiliated with Tufts University School of Medicine*

736 Cambridge Street
Boston, MA 02135-2997
tel: 617-789-2375
fax: 617-789-5177
www.semc.org

October 4, 2004

David Crowley, M.D.
225 Boston Street
Lynn, MA 01904

RE: Taramattie Doucette

Dear Dave:

Division of Neurology

Allan H. Ropper, MD, Chief
Professor of Neurology

Kenneth C. Gorson, MD
Michael T. Hayes, MD
Ellen S. Lathi, MD
Shreyas V. Patel, MD
Henry W. Querfurth, MD
David H. Weinberg, MD
Joshua D. Katz, MD
Judith A. Hinchey, MD

Thank you for your kindness in sending this nice lady for another look at managing her neuropathic discomfort following a skin burn three years previously. As you know, Ms. Doucette is a 42-year-old attorney who was inadvertently burned when someone carrying coffee bumped into her and spilled the coffee into her right shoe, producing a rather severe burn over the dorsum and lateral aspect of the foot with associated tissue injury. She apparently needed frequent dressing changes and wound care for several weeks via the Visiting Nurses Association, but ultimately the skin eventually healed. The initial event occurred in 2001, and she was left throughout that year with burning dysesthetic pain over the dorsum and lateral aspect of the right foot. Some time in 2002 she was treated with Neurontin, and in conjunction with Lidoderm patches, had marked reduction in her pain, but she believes there was also spontaneous improvement over the ensuing months to years. The uncomfortable sensation eventually evolved to more of a nuisance, which she describes as a chronic itching and scratching sensation that frequently disrupts her sleep. She wanted to wean off the Neurontin, and she did so successfully, and continues to use Lidoderm patches on a regular basis with reasonably good symptomatic relief. When she stopped the Neurontin this past July she found that the itching was still there and uncomfortable, but she started to use an over-the-counter foot cream with lidocaine, which provided some symptomatic relief, allowing her to wear sandals during the summer for short periods.

One of her major problems is that when she is walking in sandals or in bare feet and cool air or a breeze comes across the top of her right foot, she has a very uncomfortable dysesthetic sensation. There has been slow but steady improvement in the symptoms initially, but at this point she has not noticed any major changes recently.

She has no other medical problems except for hypothyroidism for which she takes Synthroid. She takes no other prescription medications beyond the Lidoderm patches, and occasionally Motrin.

Neurological examination was normal except for subjective reduction of pin sensation in a patchy distribution over the lateral aspect of the right foot, roughly corresponding to the sural/S1 distribution. There was no allodynia to tactile stimulation, and she had normal sensation to touch and vibration, with intact strength and muscle bulk and normal leg reflexes.

Her condition is most suggestive of a modest traumatic small fiber sensory nerve injury, likely as a consequence of the tissue injury related to the initial burn/trauma. Now three years after the onset of the problem, it is unlikely that she will have further spontaneous recovery, and I had indicated that the best approach would be to recognize that she will be left with some sort of nuisance symptoms over the long term, but these symptoms can be managed quite successfully with relatively benign interventions. For example, if she finds that the Avon cream with lidocaine is effective, I encouraged her to use this on a regular basis. Similarly, I recommended that she use the Lidoderm patches throughout the winter, whenever she wears laced shoes or boots. When spring and summer return next year, I recommended that she try EMLA anesthetic cream to allow her to wear sandals more comfortably. Should this fail to be effective, there are a number of compounding creams that I have found successful on occasion, but unfortunately most of the time insurance will not cover the cost of these compounding agents, which may run up to $100.00 per tube. For now, she is comfortable

David Crowley, M.D.
October 4, 2004
Page Two

RE: Taramattie Doucette

using the Lidoderm patches and other over-the-counter creams along with the EMLA, and if this is sufficiently satisfactory to maintain control of her symptoms over the long term, I do not think any further intervention is warranted.

I have not scheduled a follow-up visit, but indicated to Ms. Doucette that I would be pleased to see her again at any time in the future if she wishes to be more aggressive in managing the neuropathic symptoms over the long term.

With warmest personal regards,

Kenneth C. Gorson, M.D.
Director, Neuromuscular Service
Associate Professor of Neurology

KCG/lam

CC: Steven Van Dam, M.D.
225 Boston Street - Suite 203
Lynn, MA  01904

CC: Ms. Taramattie Doucette
34 Hardy Road
Swampscott, MA  01907