UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TARAMATTIE DOUCETTE,
ROBERT DOUCETTE, INDIVIDUALLY
AND AS NEXT FRIEND OF SEAN
DOUCETTE, CHRISTOPHER DOUCETTE
AND PATRICK DOUCETTE,
               PLAINTIFFS

VS.                                       CIVIL ACTION NO. 04-10960-RBC

PANERA, INC.,
               DEFENDANT

## DEFENDANT, PANERA, INC.'S MOTION FOR COSTS PURSUANT TO RULE 54

NOW COMES the Defendant Panera, Inc. and moves this Honorable Court to order the Plaintiffs to pay costs in the amount of $2,161.31. The Defendant brings this motion pursuant to F.R.C.P. Rule 54 and 28 U.S.C. c. 1920. As grounds therefore, the Defendants state the following:

(1) The case arises from an accident where the Plaintiff Taramattie Doucette sustained a burn to her ankle while a patron at the Panera Bread Restaurant in Swampscott, Massachusetts. Mrs. Doucette brought a negligence claim against the Defendant for injuries sustained as a result of the burn. Mrs. Doucette's husband, Robert Doucette brought a loss of consortium claim and three (3) separate claims for loss of parental companionship on behalf of their three (3) children.

(2) According to Rule 54 of the Federal Rules of Civil Procedure, the Court may award costs other than attorney's fees to the prevailing party.

(3) On October 6, 2005, a jury returned a verdict in favor of the Defendant Panera, Inc. on four of the five claims brought by the Plaintiffs.

(4) On October 6, 2005, this Court entered Judgment for the Defendant Panera, Inc. on Counts II, III, IV and V which reflects the claims brought by Robert Doucette for loss of consortium and the three claims for loss of parental companionship on behalf of the three children. See Exhibit "A".

(5) In defense of the claims brought by Robert Doucette and the three children, the Defendant Panera, Inc. incurred costs which were reasonably necessary in order to fully defend the Defendant.

(6) The Defendant incurred $333.00 in costs associated with taking the deposition of Plaintiff Robert Doucette. See Exhibit "B".

(7) The Defendant incurred $1,828.31 in costs to Investigative Resources, Inc. which obtained court documents relating to the Plaintiffs' separation and filing for divorce in Essex County Probate Court and obtained medical records of a prior motor vehicle accident in Lynn District Court both sets of documents which were used at trial in defense of Plaintiff Robert Doucette's loss of consortium claim. See Exhibit "C". The amount includes $1,645.70 for costs generated after the Offer of Judgment was filed. These costs were requested in the Defendant's Motion for Costs Pursuant to Rule 68.

WHEREFORE the Defendant Panera, Inc. respectfully requests this Honorable Court to order the Plaintiffs to pay the Defendant's costs incurred in the amount of $2,161.31 with any other relief this Honorable Court deems appropriate.

                                                  Respectfully submitted,
Panera Bread, Inc.
By its Attorneys,

<u>/s/ Christopher J. Sullivan</u>
Christopher J. Sullivan, BBO# 548137
Joseph A. Merlino, BBO# 648647
DAVIS, WHITE & SULLIVAN, LLC
One Longfellow Place, Suite 3609
Boston, MA  02114
(617) 720-4060

DATED:  _____

**CERTIFICATE OF SERVICE**

      I, Christopher J. Sullivan, counsel for the defendant Panera, Inc., do hereby certify on November 18, 2005, I served the Defendant's Motion For Costs Pursuant to Rule 54 on all parties of interest, by mailing copy of same, postage prepaid to:

Margaret G. Barmack, Esq.
Barmack & Boggs
41 Ocean Street
Lynn, MA 01902

                                              /s/ Christopher J. Sullivan
                                              Christopher J. Sullivan