UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TARAMATTIE DOUCETTE,
ROBERT DOUCETTE, INDIVIDUALLY
AND AS NEXT FRIEND OF SEAN
DOUCETTE, CHRISTOPHER DOUCETTE
AND PATRICK DOUCETTE,
                PLAINTIFFS

VS.                              CIVIL ACTION NO. 04-10960-RBC

PANERA, INC.,
                DEFENDANT

### DEFENDANT, PANERA, INC.'S SUPPLEMENTAL BILL OF COSTS IN SUPPORT ITS MOTION FOR COSTS PURSUANT TO RULE 68

NOW COMES the Defendant Panera, Inc., and supplements its Motion for Costs Pursuant to Rule 68 by submitting the following Bill of Costs. The Defendant Panera, Inc., by its counsel, the undersigned, Christopher J. Sullivan, states under the pains and penalties of perjury that the defendant incurred the following costs in the litigation of this matter, which costs should be assess against the plaintiff, pursuant to F.R.C.P. Rule 68, the following:

(1)    On October 12, 2005, the Defendant incurred costs in the amount of $2,900.00. This cost was associated with Defendant's expert witness, Joseph G. D'Alton, M.D. who reviewed the Plaintiff's medical records and provided oral testimony at trial.

(2)    The Defendant incurred $625.07 in costs associated with enlargements of exhibits used at trial.

(3)    The Defendant incurred $327.00 in costs associated with service of trial subpoenas.

(4)  The Defendant incurred $1,645.70 in costs to Investigative Resources, Inc. which obtained court documents relating to the Plaintiffs' separation and filing for divorce in Essex County Probate Court and obtained medical records of a prior motor vehicle accident in Lynn District Court both sets of documents which were used at trial.

(5)  The Defendant incurred $280.00 in costs to IDEX which obtained various periodicals and information relating to the Plaintiffs' expert witness, John T. Shulz.

Signed under the pains and penalties of perjury this ____ day of November, 2005.

_____
Christopher J. Sullivan, BBO# 548137

**CERTIFICATE OF SERVICE**

      I, Christopher J. Sullivan, counsel for the defendant Panera, Inc., do hereby certify on November 23, 2005, I served the Defendant's Supplemental Bill of Costs in Support of its Motion For Costs Pursuant to Rule 68 on all parties of interest, by mailing copy of same, postage prepaid to:

Margaret G. Barmack, Esq.
Barmack & Boggs
41 Ocean Street
Lynn, MA 01902

                                          /s/ Christopher J. Sullivan
                                          Christopher J. Sullivan