UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TARAMATTIE DOUCETTE,
ROBERT DOUCETTE, INDIVIDUALLY
AND AS NEXT FRIEND OF SEAN
DOUCETTE, CHRISTOPHER DOUCETTE
AND PATRICK DOUCETTE,
            PLAINTIFFS

VS.                                    CIVIL ACTION NO. 04-10960-RBC

PANERA, INC.,
            DEFENDANT

## DEFENDANT, PANERA, INC.'S MOTION FOR LEAVE OF COURT TO FILE REPLY MEMORANDUM TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR COSTS PURSUANT TO RULE 68

Now comes the Defendant, Panera, Inc., in the above-captioned matter, and moves this Honorable Court to enter an order allowing the Defendant, Panera, Inc., leave of court to file a Reply Memorandum to Plaintiff's Opposition to the Defendant's Motion for Costs Pursuant to Rule 68.

In support thereof, the Defendant, Panera, Inc. states that:

1. The Plaintiff misinterprets the plain meaning of Rule 68 by stating the Offer of Judgment made by the Defendant was not valid because it did not specifically state in its $50,000.00 offer that the offer included "costs then accrued."

2. The Plaintiff also argues that costs under Rule 68 are limited by the provisions set forth in Rule 54. This is clearly false and precedent has shown that Rule 68 is separate and distinct from Rule 54 with respect to the meaning of costs.

Further, Defendant Panera Inc. refers to and incorporates herein by reference its Reply Memorandum in Support of its Motion for Costs Pursuant to Rule 68 a copy of which is attached hereto as Exhibit "A".

Based on the foregoing, the Defendant Panera Inc., respectfully requests that this Court allow the Motion for Leave of Court, permitting it to file the Reply Memorandum to Plaintiffs' Opposition to the Defendant's Motion for Costs Pursuant to Rule 68.

        Respectfully submitted,
        Panera Bread, Inc.
        By its Attorneys,

        /s/ Christopher J. Sullivan
        Christopher J. Sullivan, BBO# 548137
        Joseph A. Merlino, BBO# 648647
        DAVIS, WHITE & SULLIVAN, LLC
        One Longfellow Place, Suite 3609
        Boston, MA  02114
        (617) 720-4060

DATED:   November 23, 2005