UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TARAMATTIE DOUCDETTE,
ROBERT DOUCETTE, INDIVIDUALLY
AND AS NEXT FRIEND OF CHRISTOPHER
DOUCETTE, SEAN DOUCETTE, AND
PATRICK DOUCETTE,
      PLAINTIFFS

VS.                                CIVIL ACTION NO. 04-10960-RBC

PANERA, INC.,
      DEFENDANT

### PLAINTIFFS' BILL OF COSTS, PURSUANT TO RULE 54

Now comes plaintiff Taramattie Doucette, by her counsel, the undersigned Margaret G. Barmack, who states under the pains and penalties of perjury that the plaintiff incurred the following costs in the litigation of this matter, which costs should be assessed against the defendant, pursuant to Fed.R.Civ.P. 54 and 28 U.S.C. s. 1920:

Filing Fee to Clerk, U.S. District Court, District of Massachusetts:     $150.00

Deposition Expenses:

| Date | Description | Amount |
|---|---|---|
| 12/15/04 | Deposition transcript, deposition of Taramattie Doucette | 381.00 |
| 2/28/05 | Deposition transcript, deposition of Dennis Tarr, defendant's manager | 255.00 |
| 3/14/05 | Deposition transcript, deposition of Dayonis Valquez, eyewitness | 177.00 |
| 3/19/05 | Deposition transcript, deposition of Susan Burke, eyewitness | 177.50 |
| 4/11/05 | Deposition transcript, deposition of Brandon Sakurai, eyewitness | 150.00 |
| 4/11/05 | Deposition transcript, deposition of Lucrecia Perez, defendant's shift manager | 150.00 |

| | | |
|---|---|---|
| 5/3/05 | Deposition transcript, deposition of Robert Doucette | 308.50 |
| 5/26/05 | Deposition transcript, deposition of Paula Hovey, RN | 220.50 |
| 6/30/05 | Deposition transcript, deposition of Yakob Klyachman, eyewitness | 156.00 |

Witness fees and travel expenses:

| | | |
|---|---|---|
| 1/11/05 | Deposition witness fee, Brandon Sakurai | 50.00 |
| 1/11/05 | Deposition witness fee, Dayonis Valquez | 50.00 |
| 1/11/05 | Deposition witness fee, Lucrecia Perez | 50.00 |
| 10/2/05 | Trial witness fee, Susan Burke, RN | 50.00 |
| 10/2/05 | Trial witness fee, Paula Hovey, RN | 50.00 |

**Total:** $2,375.50

Signed under the pains and penalties of perjury, this 16th day of November, 2005

*Margaret A. Barmack* (signature)
Margaret G. Barmack

Respectfully submitted,

For the plaintiff

*Margaret A. Barmack* (signature)
Margaret G. Barmack
BBO No. 029660
Barmack & Boggs
41 Ocean Street
Lynn, MA 01902
Tel. 781-596-2540

Certificate of Service

I, Margaret G. Barmack, hereby certify that the within verified bill of costs was served on the defendant by mailing postage paid on even date to Atty. Christopher Sullivan, at Davis, White & Sullivan, One Longfellow Place, Suite 3609, Boston, MA 02114.

Date: 11/16/05

Margaret G. Barmack